AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

THOMAS J. COLLI

V.

MILDRED H. BROWN, ET AL
aka MILDRED H. BROWN-HEBERT

**APPEARANCE**

Case Number: CA 07 444ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Thomas J. Colli

I certify that I am admitted to practice in this court.

Date 12/04/07

Signature

Thomas J. Grady — 1005
Print Name — Bar Number

6 Canal Street, P.O. Box 541
Address

Westerly — RI — 02891
City — State — Zip Code

(401) 596-0183 — (401) 596-6845
Phone Number — Fax Number