UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

THOMAS J. COLLI
Plaintiff(s)

CA 07 444ML

v.

Dkt. No.

MILDRED H. BROWN, ET AL
~~aka MILDRED~~ H. BROWN-HEBERT
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Thomas J. Colli hereby moves that Shelley L. Graves be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(Plaintiff/Defendant) Thomas J. Colli

By: Thomas J. Grady
Bar ID No. 1005
Address: Lenihan, Grady and Steele, P.O. Box 541, Westerly, RI 02891

DATED: 12/04/07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut 409424 and of the following Federal District Court and/or Court of Appeals Bar(s) 14094, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Shelley L. Graves — 409424
Print Name — State Bar ID #

Faulkner & Boyce
Firm Name

216 Broad Street, P.O. Box 391
Business Address

New London, CT 06320

Tel. # (860) 442-9900 — Fax # (860) 443-6428

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Thomas J. Grady — 1005
Print Name — RI Bar ID #

Lenihan, Grady & Steele
Firm and Business Address
6 Canal Street, P.O. Box 541
Westerly, RI 02891

Tel. # (401) 596-0183 Fax # (401) 596-6845

---

## ORDER

This is motion hereby ________________________________________

________________________
District Judge

Date:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS J. COLLI
Plaintiff(s)

v. C.A. No. __________

MILDRED H. BROWN, ET AL
Defendant(s) aka MILDRED H. BROWN-HEBERT

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff/defendant Thomas J. Colli hereby moves that Shelley L. Graves be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Complex personal injury litigation.
- Pro hac vice counsel's long-standing representation of the client: ______________________________.
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________________ ______________________________ __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: Civil case and pro hac vice counsel is Plaintiff's counsel of choice.

[Plaintiff/Defendant]
By: [signature]
Attorney for Plaintiff
Thomas J. Colli

DATED: 12/04/07