AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

THOMAS J. COLLI

V.

MILDRED H. BROWN, ET AL
aka MILDRED H. BROWN-HEBERT

**APPEARANCE**

Case Number: CA07-444ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Thomas J. Colli

I certify that I am admitted to practice in this court.

Date 12/04/07

Signature

Shelley L. Graves
Print Name

14094
Bar Number

216 Broad Street, P.O. Box 391
Address

New London CT 06320
City State Zip Code

(860) 442-9900
Phone Number

(860) 443-6428
Fax Number