# UNITED STATES DISTRICT COURT

District of Rhode Island

THOMAS J. COLLI
Plaintiff

V.

MILDRED H. BROWN, ET AL
aka MILDRED H. BROWN-HEBERT
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 444 ML

TO: (Name and address of Defendant)

Mildred H. Brown
aka Mildred H. Brown-Hebert
155 Yawgoo Valley Road
Exeter, RI 02822

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Grady, Esquire
Lenihan, Grady and Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/5/07

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/7/07 |
| NAME OF SERVER *(PRINT)* James F Mallinson | TITLE RI Constable 6174 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 192 Plainfield Pike Foster, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
Date

James F Mallinson
Signature of Server

7 Eva lane, Cranston RI
Address of Server

X

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.