UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MILDRED H. BROWN<br>a/k/a MILDRED H. BROWN-HEBERT<br>AND MOUNTAIN VALLEY<br>INDEMNITY COMPANY | : | |

**ENTRY OF APPEARANCE**

I, John A. Baglini, enter my appearance for and on behalf of Mountain Valley Indemnity Company.

/S/John A. Baglini
John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
401-751-3600
401-751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541 Westerly, RI 02891, and Joel K. Gerstenblatt, Esq., 100 Jefferson Boulevard, Suite 315, Warwick, RI 02888, on this 20th day of December, 2007.

/S/John A. Baglini