UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MILDRED H. BROWN | : | |
| a/k/a MILDRED H. BROWN-HEBERT | : | |
| AND MOUNTAIN VALLEY | : | |
| INDEMNITY COMPANY | : | |

**ANSWER OF DEFENDANT MOUNTAIN VALLEY INDEMNITY COMPANY**

1. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraphs 1 and 2 and leaves plaintiff to his proof.

2. Defendant admits the allegations in Paragraphs 3, 4, and 5.

3. Defendant upon information and belief admits that there was an accident on the day and place alleged between vehicles operated by Thomas J. Colli and Mildred H. Brown and as for the remaining allegations in Paragraphs 6 and 7 leaves plaintiff to his proof.

4. As the allegations in Paragraphs 8, 9, 10, 11, 12, and 13 are not addressed to it, but rather to co-defendant, this defendant provides no responses to those allegations

5. Defendant incorporates herewith by reference its responses to the allegations in Paragraphs 1 through 13 as they are re-alleged in Count II.

6. Defendant denies the allegations in Paragraph 14.

7. Defendant admits the allegations in Paragraphs 15, 16, 17, and 18.

8. As for the allegations in Paragraph 19, for lack of sufficient knowledge and information as to the truth, leaves plaintiff to his proof.

9. Defendant denies the allegations in Paragraph 20.

Defendant, Mountain Valley
Indemnity Company,
By Its Attorney

/S/John A. Baglini
John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
401-751-3600
401-751-4648

**DEFENDANT DEMANDS TRIAL BY JURY.**

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541 Westerly, RI 02891, and Joel K. Gerstenblatt, Esq., 100 Jefferson Boulevard, Suite 315, Warwick, RI 02888, on this 20th day of December, 2007.

/S/John A. Baglini