# UNITED STATES DISTRICT COURT

District of Rhode Island

THOMAS J. COLLI
Plaintiff
V.
MILDRED H. BROWN, ET AL
aka MILDRED H. BROWN-HEBERT
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 444 ML

TO: (Name and address of Defendant)

Mountain Valley Indemnity Company/Serve: Insurance Commissioner of RI
4 Kilton Road
Bedford, NH 03110

223 Richmond Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Grady, Esquire
Lenihan, Grady and Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/5/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/7/07 |
| NAME OF SERVER (PRINT) PAUL G HUGHES | TITLE RI CONSTABLE 2067 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served Donna Arabian, Process Specialist for RI Insurance Commission

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 46.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07 @ Noon
Date

[signature]
Signature of Server

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980
Address of Server

X Donna Arabian

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.