UNITED STATES DISTRICT COURT
District of Rhode Island

| | | |
|---|---|---|
| THOMAS J. COLLI | : | **APPEARANCE** |
| VS. | : | C.A. NO.: 07-444-ML |
| MILDRED H. BROWN, ET AL<br>aka MILDRED H. BROWN-HEBERT<br>and MOUNTAIN VALLEY INDEMNITY<br>COMPANY | :<br>:<br>:<br>: | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Mildred H. Brown.

I certify that I am admitted to practice in this Court.

DATE: December 20, 2007

Signature

Joel K. Gerstenblatt, Esquire, #1872
100 Jefferson Boulevard, Suite 315
Warwick, RI 02888
(401) 738-3600 (401) 738-3601 (fax)

## CERTIFICATION

I hereby certify that I forwarded copy of the within appearance on the 21st day of December, 2007.

Thomas J. Grady, Esquire
LENIHAN, GRADY & STEELE
6 Canal Street, P.O. Box 541
Westerly, RI 02891

John Baglini, Esquire
Higgins & Slattery
76 Westminster Street, Suite 1150
Providence, RI 02903