UNITED STATES DISTRICT COURT
District of Rhode Island

THOMAS J. COLLI :

VS. : C.A. NO.: 07-444-ML

MILDRED H. BROWN, ET AL :
aka MILDRED H. BROWN-HEBERT :
and MOUNTAIN VALLEY INDEMNITY :
COMPANY :

# *ANSWER OF DEFENDANT, MILDRED H. BROWN, TO PLAINTIFF'S COMPLAINT*

## FIRST DEFENSE

### Jurisdictional Allegations

This defendants denies each and every allegation contained in the Complaint except those allegations which are expressly admitted herein.

## SECOND DEFENSE

1. This defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. This defendant denies the allegations contained in Paragraph 2 of the Complaint.

3. This defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint.

4. This defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. This defendant admits the allegations contained in Paragraph 5 of the Complaint.

## CLAIM FOR RELIEF

## COUNT I

6. This defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint.

7. This defendant admits the allegations contained in Paragraph 7 of the Complaint.

8. This defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. This defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. This defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. This defendant denies the allegations contained in Paragraph 11 of the Complaint.

12. This defendant denies the allegations contained in Paragraph 12 of the Complaint.

13. This defendant denies the allegations contained in Paragraph 13 of the Complaint.

COUNT II

The allegations of Count II not being directed to this defendant, no answer is required on the part of this defendant. To the extent that Count II alleges any liability or negligence on the part of this defendant, said allegations are hereby denied.

THIRD DEFENSE

This defendant denies that she was guilty of any negligence.

FOURTH DEFENSE

This defendant denies that the plaintiff suffered any injuries or sustained any damages as result of any negligence on the part of this defendant.

MILDRED H. BROWN
By her Attorneys
GERSTENBLATT LAW OFFICES, LTD.

Joel K. Gerstenblatt (#1872)
100 Jefferson Boulevard
Suite 315
Warwick, RI 02888
(401) 738-3600
(401) 738-3601 FAX

CERTIFICATION

I hereby certify that I forwarded copy of the within answer on the 20th day of December, 2007.

Thomas J. Grady, Esquire
LENIHAN, GRADY & STEELE
6 Canal Street, P.O. Box 541
Westerly, RI 02891

John Baglini, Esquire
Higgins & Slattery
76 Westminster Street, Suite 1150
Providence, RI 02903