RECEIVED
JAN 14 2008
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
District of Rhode Island

THOMAS J. COLLI

VS. C.A. NO.: 07-444-ML

MILDRED H. BROWN, ET AL
aka MILDRED H. BROWN-HEBERT
and MOUNTAIN VALLEY INDEMNITY
COMPANY

**STIPULATION**

The parties hereby agree that the interrogatories propounded to Thomas J. Colli by Defendant Mountain Valley Indemnity Company may be objected to and/or responsibly answered up to February 19, 2008.

Thomas J. Grady, Esq., #1005
Lenihan, Grady and Steele
P.O. Box 541
Westerly, RI 02891
TJG19872@aol.com
Attorney for Plaintiff

Shelley L. Graves, Esq., #14094
Faulkner and Boyce
P.O. Box 391
New London, CT 06320
slg@faulknerandboyce.com
Attorney for Plaintiff

John A. Baglini, Esq., #1578
Higgins & Slattery
76 Westminster Street, Suite 1150
Providence, RI 02903
john.baglini@higginsandslattery.com
Attorney for Defendant
Mountain Valley Indemnity Company

**CERTIFICATION**

I hereby certify that a true copy of the foregoing Stipulation was mailed to Joel K. Gerstenblatt, Esquire, Gerstenblatt Law Offices, Ltd., 100 Jefferson Boulevard, Suite 315, Warwick, RI 02888 by first-class mail, postage prepaid this 11th day of January, 2008.

Susan Tucker