UNITED STATES DISTRICT COURT
District of Rhode Island

THOMAS J. COLLI :

VS. : C.A. NO.: 07-444-ML

MILDRED H. BROWN, ET AL :
aka MILDRED H. BROWN-HEBERT :
and MOUNTAIN VALLEY INDEMNITY :
COMPANY :

# *D I S M I S S A L S T I P U L A T I O N*

In the above-entitled cause it is agreed that the following entry be made:

Plaintiff's complaint against the defendant, Mildred H. Brown, aka, Mildred H. Brown-Hebert, is hereby dismissed with prejudice; no interest; no costs.

Plaintiff's complaint against the defendant, Mountain Valley Indemnity Company shall remain open.

THOMAS J. GRADY, ESQ. (#1005)
(Attorney for Plaintiff)

Shelly L. Graves, ESQ. (# 14094 )
(Attorney for Plaintiff)

JOEL K. GERSTENBLATT, ESQ. (#1872)
(Attorney for Defendant, Mildred H. Brown aka Mildred H. Brown-Hebert)

JOHN A. BAGLINI, ESQ. (#1578)
(Attorney for Defendant, Mountain Valley Indemnity Company)

DATED: January 16, 2008