UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MOUNTAIN VALLEY | : | |
| INDEMNITY COMPANY | : | |

**NOTICE OF TAKING DEPOSITION**

TO: Thomas J. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Shelly L. Graves, Esq.
Faulkner and Boyce, PC
216 Broad Street
P.O. Box 391
New London, CT 06320

Irons & Associates
31 Harris Avenue
Portsmouth, RI 02879

Please take notice that at **10:30 a.m.,** on **Thursday, April 10, 2008,** at the offices of Higgins & Slattery, Turks Head Building, 76 Westminster Street, Suite 1150, Providence, RI 02903, the defendant, MOUNTAIN VALLEY INDEMNITY COMPANY, in the above-entitled action, by its attorney, will take the deposition upon oral examination of Plaintiff, **THOMAS COLLI**, pursuant to the applicable Rhode Island Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Defendant, Mountain Valley
Indemnity Company,
By Their Attorney,

/S/John A. Baglini

John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street, Suite 1150
Providence, RI 02903
401-751-3600
401-751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to the above name attorneys and court reporter by first class mail, postage pre-paid on this 6th day of March, 2008.

/S/John A. Baglini