UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI<br>Plaintiff | : | CIVIL ACTION<br>NO. 1:07-444-ML |
| VS. | : | |
| MILDRED H. BROWN and | | : |
| MOUNTAIN VALLEY | : | |
| INDEMNITY COMPANY<br>Defendants | : | MARCH 6, 2008 |

**NOTICE OF TAKING DEPOSITION**

TO: John A. Baglini, Esq.
Higgins & Slattery
Turks Head Building
76 Westminster Street, Suite 1150
Providence, RI 02903

Thomas J. Grady, Esq.
Lenihan Grady & Steele
6 Canal Street
PO Box 391
Westerly, RI 02891

Frances D. Young
Court Reporters
135 Rankin Ave.
Providence, R.I. 02908

PLEASE TAKE NOTICE that on **THURSDAY APRIL 10, 2008 at 2:00 p.m.,** at the offices of **Higgins & Slattery, Turks Head Building, 76 Westminster Street, Suite 1150, Providence, RI 02903**, the plaintiff in the above-captioned matter will take the deposition upon oral examination of **MILDRED BROWN,** pursuant to the applicable Rhode Island Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

THE PLAINTIFF
THOMAS J. COLLI

________________________

Shelley L. Graves - #10494
Faulkner & Boyce, PC
216 Broad Street, PO Box 391
New London, CT 06320
860-442-9900
860-443-6428 - fax
slg@faulkneradndboyce.com

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the above named attorneys and court reporter by US mail, on March 6, 2008.

____________________________

Shelley L. Graves