UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MOUNTAIN VALLEY INDEMNITY COMPANY | : | |

**MOTION TO FILE AMENDED ANSWER**

Defendant moves for an order of court that it be permitted to file an amended answer in the manner and form as hereto annexed.

Defendant, Mountain Valley
Indemnity Company,
By Its Attorney

/S/John A. Baglini

John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
401-751-3600
401-751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541, Westerly, RI 02891, and Shelly L. Graves, Esq., Faulkner and Boyce, PC, 216 Broad Street, P.O. Box 391, New London, CT 06320, on this 19th day of March, 2008.

/S/John A. Baglini