UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MOUNTAIN VALLEY INDEMNITY COMPANY | : | |

**AMENDED ANSWER**

**First Defense**

1. Defendant does not possess sufficient knowledge or information to either admit or deny the allegations in Paragraphs 1 and 2 and leaves plaintiff to his proof.

2. Defendant admits the allegations in Paragraphs 3, 4, and 5.

3. Defendant upon information and belief admits that there was an accident on the day and place alleged between vehicles operated by Thomas J. Colli and Mildred H. Brown and as for the remaining allegations in Paragraphs 6 and 7 leaves plaintiff to his proof.

4. As the allegations in Paragraphs 8, 9, 10, 11, 12, and 13 are not addressed to it, this defendant provides no responses to those allegations

5. Defendant incorporates herewith by reference its responses to the allegations in Paragraphs 1 through 13 as they are re-alleged in Count II.

6. Defendant denies the allegations in Paragraph 14.

7. Defendant admits the allegations in Paragraphs 15, 16, 17, and 18.

8. As for the allegations in Paragraph 19, for lack of sufficient knowledge and information as to the truth, leaves plaintiff to his proof.

9. Defendant denies the allegations in Paragraph 20.

**Second Defense**

Plaintiff has settled his personal injury claim with defendant Mildred Brown's insurance carrier namely, American Commerce Insurance Company on February 7, 2008 for the sum of $250,000.00 for the personal injury he sustained in the accident underlying this complaint and as such defendant Mountain Valley Indemnity Company is entitled to a set-off and/or credit for

that sum against any judgment which may be entered against it in this matter.

**Third Defense**

Defendant Mountain Valley Indemnity Company pursuant to policy number 338-0024287-01/000 provides a policy of insurance to PipePro, Inc., plaintiff's employer which has uninsured motorist coverage set forth in its declarations of $500,000.00 for each accident, pursuant to Section (d) "Limit of Insurance" which provides in part as follows:

> "…the most we will pay for all damages resulting from any one "accident" is the limit of uninsured motorists insurance shown in the schedule or declarations";

**Fourth Defense**

Defendant Mountain Valley Indemnity Company's insurance policy, set forth in its Third Defense, provides further in Section (d)(3) as follows:

> "No one will be entitled to recover duplicate payment for the same elements of "loss" under this coverage and any liability coverage form…we will not make duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible."

Defendant is therefore entitled to credit and/or set-off of the $250,000.00 paid to plaintiff by American Commerce Insurance Company, insurer of Mildred Brown.

Defendant, Mountain Valley
Indemnity Company,
By Its Attorney

/S/John A. Baglini

John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
401-751-3600
401-751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541, Westerly, RI 02891, and Shelly L. Graves, Esq., Faulkner and Boyce, PC, 216 Broad Street, P.O. Box 391, New London, CT 06320, on this 19th day of March, 2008.

/S/John A. Baglini