UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MOUNTAIN VALLEY INDEMNITY COMPANY | : | |

**NOTICE OF TAKING DEPOSITION**

TO:

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Shelly L. Graves, Esq.
Faulkner and Boyce, PC
216 Broad Street
P.O. Box 391
New London, CT 06320

Irons & Associates
31 Harris Avenue
Portsmouth, RI 02780

Please take notice that at **1:00 p.m**., on **Friday, April 18, 2008**, at the office of Higgins & Slattery, Turks Head Building, 76 Westminster Street, Suite 1150, Providence, RI 02903 the defendant, MOUNTAIN VALLEY INDEMNITY COMPANY, in the above-entitled action, by its attorney, will take the deposition upon oral examination of the **Custodian of Records of Beacon Mutual Insurance Company,** pursuant to the applicable rules of the Rhode Island Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

The deponent shall bring to this oral examination complete records as specified below:

The full and complete file you have with respect to the workers' compensation claim filed by Thomas J. Colli, 16 Long Pond Road, South Ledyard, Connecticut, in connection with an accident which occurred on December 30, 2004.

You are invited to attend and cross-examine.

Defendants, MOUNTAIN VALLEY
INDEMNITY COMPANY
By Its Attorney,

/S/John A. Baglini
John A. Baglini - #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street, Suite 1150
Providence, RI 02903
(401) 751-3600 Fax: (401) 751-4648
john.baglini@higginsandslattery.com

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to the above named attorneys and court reporter by first-class mail, postage prepaid, on this 28th day of March, 2008.

/S/John A. Baglini