AO 88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**
# UNITED STATES DISTRICT COURT
**DISTRICT OF**

THOMAS J. COLLI

V.

MOUNTAIN VALLEY INDEMNITY COMPANY

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 07444-ML

TO: CUSTODIAN OF RECORDS OF BEACON MUTUAL INSURANCE COMPANY
1 Beacon Centre
Warwick, RI 02886

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

The full and complete file you have with respect to the workers' compensation claim filed by Thomas J. Colli, 16 Long Pond Road, South Ledyard, Connecticut, in connection with an acciden which occurred on December 30, 2004.

| PLACE | DATE AND TIME |
|---|---|
| HIGGINS & SLATTERY, Turks Head Building<br>76 Westminster Street, Suite 1150<br>Providence, RI 02903 | April 18, 2008, at 1:00 PM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR DEFENDANT | March 27, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)