**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS J. COLLI**

**v.** **C.A. NO.: 07444-ML**

**MOUNTAIN VALLEY INDEMNITY COMPANY**

**ENTRY OF APPEARANCE**

Jeffrey G. Latham, Esquire, hereby enters his appearance on behalf of defendant Mountain Valley Indemnity Company in the above-entitled matter.

/s/ Jeffrey G. Latham
Jeffrey G. Latham #6264
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141

**CERTIFICATION OF SERVICE**

I hereby certify that on this 29th day of May, 2008, a copy was electronically mailed per USDC e-filing system to the following:

Thomas J. Grady, Esquire
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Shelly L. Graves, Esquire
Faulkner and Boyce, PC
216 Broad Street
P.O. Box 391
New London, CT 06320

John A. Baglini, Esquire
Higgins & Slattery
One Turks Head Bldg., Suite 1150
Providence, RI 02903

/s/ Jeffrey G. Latham

654693v1