UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS J. COLLI | : | CIVIL ACTION NO.: 07444-ML |
| | : | |
| VS. | : | |
| | : | |
| MILDRED H. BROWN<br>a/k/a MILDRED H. BROWN-HEBERT<br>AND MOUNTAIN VALLEY<br>INDEMNITY COMPANY | :<br>:<br>:<br>: | |

**WITHDRAWAL OF APPEARANCE**

I, John A. Baglini, withdraw my appearance for and on behalf of Mountain Valley Indemnity Company.

/S/John A. Baglini

John A. Baglini, #1578
HIGGINS & SLATTERY
Turks Head Building
76 Westminster Street
Suite 1150
Providence, RI 02903
401-751-3600
401-751-4648

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing document to Thomas J. Grady, Esq., Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541 Westerly, RI 02891, and Shelly L. Graves, Esq., Faulkner and Boyce, PC, 216 Broad Street, P.O. Box 391, New London, CT 06320, on this 9th day of June, 2008.

/S/John A. Baglini