**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THOMAS J. COLLI

v. C.A. NO.: 07444-ML

MOUNTAIN VALLEY
INDEMNITY COMPANY

**MOTION FOR LEAVE TO SUPPLEMENT EXPERT DISCLOSURE**

Now comes the defendant, Mountain Valley Indemnity Company, and hereby moves for leave to file a supplement to its expert disclosure. In support of the motion, defendant sets forth the following:

Under the terms of the Pretrial Order entered by the Court on March 6, 2008, defendant is required to file its expert disclosure in accordance with Fed. R. Civ. P. 26(a)(2) on or before September 1, 2008. Defendant intends to file its expert disclosure along with the reports of its experts in a timely fashion. However, the parties have agreed to the performance of a neuropsychological examination by Dr. Margaret O'Connor at Beth Israel Deaconess Medical Center in Boston. The proposed examination is extensive and will require two four-hour sessions to complete. The first session is tentatively scheduled for August 14, 2008, however, due to Dr. O'Connor's schedule, the second session will not take place until September 11. Dr. O'Connor has agreed to make her report of the examination and testing available expeditiously following the completion of the second session and to afford plaintiff an opportunity to conduct her deposition prior to the October 17, 2008 discovery deadline.

Although defendant will submit a report containing Dr. O'Connor's opinions in a timely fashion, defendant seeks leave of this Court to allow the submission of any supplementary

opinions Dr. O'Connor may form as a result of the aforementioned examinations. Counsel for the parties have discussed this issue and, with the condition that Dr. O'Connor's report from the examination be available in an expeditious manner and that she be agreeable to a deposition within the time provided by the Pretrial Order, plaintiff's counsel has indicated she does not object to the proposed modification to the discovery order set forth herein.

WHEREFORE, defendant respectfully requests that this Court grant its motion and permit the filing of supplemental expert disclosure following the examination of the plaintiff by Dr. Margaret O'Connor.

DEFENDANT
MOUNTAIN VALLEY INDEMNITY
COMPANY

By its attorneys,
Morrison Mahoney, LLP

/s/ Mark T. Nugent
/s/Jeffery G. Latham
Mark T. Nugent, #2637
Jeffrey G. Latham, #6264
10 Weybosset Street, Suite 900
Providence, RI 02903-7141
(401) 331-4660
(401) 351-4420

**CERTIFICATION OF SERVICE**

I hereby certify that on this 5th day of August, 2008, a copy was electronically mailed per USDC e-filing system to the following:

Thomas J. Grady, Esquire
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Shelly L. Graves, Esquire
Faulkner and Boyce, PC
216 Broad Street
P.O. Box 391
New London, CT 06320

/s/ Jeffrey G. Latham



658031v1