**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS J. COLLI** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **vs.** | : | **C.A. NO.: 07-444-ML** |
| | : | |
| **MILDRED BROWN and** | : | |
| **MOUNTAIN VALLEY** | : | |
| **INDEMNITY COMPANY** | : | |
| ***Defendants*** | : | |

**DEFENDANT MOUNTAIN VALLEY INDEMNITY COMPANY'S EXPERT DISCLOSURE**

Now comes the defendant, Mountain Valley Indemnity Company and hereby provides the disclosure of its experts in accordance with Fed. R. Civ. P. 26(a)(2).

**Thomas F. Morgan, M.D.**
**54 Jefferson Boulevard**
**Warwick, RI**

**Neurology, Disability Medicine**

**OPINIONS:**

Dr. Morgan will offer testimony regarding the extent of plaintiff's injury as well as his prognosis. Dr. Morgan's opinions will be stated to a reasonable degree of medical certainty and are set forth in the attached report. His opinions will be based upon his education, training and experience as well as his review of the medical records of Thomas Colli, the pleadings and depositions filed in this matter and his examination of Mr. Colli.

**QUALIFICATIONS:**

Dr. Morgan is a Clinical Assistant Professor in the Department of Neurosciences at the Brown University School of Medicine and is Board Certified by the American Board of Neurology and Psychiatry and the American Board of Independent Medical Examiners. Additional information regarding Dr. Morgan's qualifications as well as a list of his publications is contained in the attached curriculum vitae.

**COMPENSATION:**

Dr. Morgan is being compensated at a rate of $350 per hour.

**PRIOR TESTIMONY:**

A list of cases in which Dr. Morgan has provided testimony at deposition or trial within the past four (4) years is attached.

**Margaret G. O'Connor, Ph.D.**
**Beth Israel Deaconess Medical Center**
**Behavioral Neurology Unit**
**Boston, MA 02215**

**Neuropsychology**

**OPINIONS:**

Dr. O'Connor will offer testimony regarding the effect of plaintiff's injury on his cognitive ability and on his ability to function and carry out his activities of daily living as well as any psychological and behavioral issues related to the injury. Dr. O'Connor will also provide testimony regarding Mr. Colli's prognosis. Dr. O'Connor's opinions will be stated to a reasonable degree of medical certainty and are set forth in the attached report. Her opinions will be based upon her education, training and experience as well as her review of the medical records of Thomas Colli, the pleadings and depositions filed in this matter and her examination and testing of Mr. Colli.

**QUALIFICATIONS:**

Dr. O'Connor is Board Certified as a Diplomate in Clinical Neuropsychology by the American Board of Professional Psychology and she is an Associate Professor of Neurology (Neuropsychology) at Harvard Medical School. Dr. O'Connor is also the Director of Neuropsychology in the Behavioral Neurology Unit at Beth Israel Deaconess Medical Center in Boston. Dr. O'Connor's qualifications as well as a list of her publications is contained in the attached curriculum vitae.

**COMPENSATION:**

Dr. O'Connor is being compensated at a rate of $300 per hour for review and $400 per hour for testifying.

**PRIOR TESTIMONY:**

A list of cases in which Dr. O'Connor has provided testimony at deposition or trial within the past four (4) years is attached.

**DEFENDANT**
**MOUNTAIN VALLEY**
**INDEMNITY COMPANY**

By Its Attorneys

**MORRISON MAHONEY, LLP**

/s/ Mark T. Nugent
/s/ Jeffrey G. Latham
Mark T. Nugent, #2637
Jeffrey G. Latham, #6264
10 Weybosset Street, Suite 900
Providence, RI 02903
401-331-4660
401-351-4420 [Fax]

## CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of September, 2008, a copy was electronically mailed per USDC e-filing system to the following:

Thomas J. Grady, Esquire
Lenihan, Grady & Steele
Six Canal Street
P.O. Box 541
Westerly, RI 02891

Shelly L. Graves, Esquire
Faulkner and Boyce, PC
216 Broad Street
P.O. Box 391
New London, CT 06320

/s/ Mark T. Nugent
/s/ Jeffrey G. Latham