# EXHIBIT 1

DEPT. OF CLINICAL NEUROSCIENCE
THE WARREN ALPERT
MEDICAL SCHOOL OF
BROWN UNIVERSITY

**THOMAS F. MORGAN, M.D.**

*Assistant Clinical Professor*

DIPLOMATE, AMERICAN BOARD OF NEUROLOGY AND PSYCHIATRY
AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS (CIME)

August 28, 2008

Jeffrey G. Latham
Morrison Mahoney LLP
Counsellors at Law
10 Weybosset Street, Suite 900
Providence, RI 02903

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

Dear Mr. Latham:

At your request, I have reviewed information and performed an independent medical examination on Thomas Colli regarding his motor vehicle injuries of 12/30/04, his neurological impairment and treatment, and his medical conditions.

METHODOLOGY

As a Board Certified Neurologist and Independent Medical Examiner, this report is based on a diagnostic neurologic evaluation of the information listed below, my independent medical exam as well as an understanding of the relevant medical science on the subject matter.

- Rhode Island Police Report dated 12/30/04.
- Photos of vehicle and accident scene.
- Rhode Island Hospital records dated 12/30/04.
- Reports from Gaylord Hospital.
- Reports from the Lawrence Memorial Health Center.
- MRI of the brain review and report dated 04/29/06 from Middlesex Hospital.
- Reports from Arthur Dean, Periodontist.
- Reports from Connecticut Behavioral Health.

54 Jefferson Boulevard Warwick, Rhode Island 02888
(401) 467-7720 Fax (401) 467-4550
email: Thomas_Morgan@brown.edu

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

- MRI of the brain review and report dated 04/27/05 from Lawrence Memorial Hospital.
- Easter Seals Mobility Center Driving Ability Report 04/14/05.
- Southwest Counseling Associates - Dr. Neiburg.
- Video tape of Mr. Colli dated 09/01/05.
- Lawrence Memorial Counseling Center.
- Reports from neuropsychological testing at Rhode Island Hospital dated 01/05/05.
- Reports from Dr. Tolfsdorf neuropsychological evaluations 06/15/05 and 06/26/06.
- Reports from Dr. Tucker.
- Deposition of Mr. Colli dated 04/10/08.
- Disclosures of expert witness Dr. Edward Tucker, Steven Mark Southwick, M.D., Theona Keough, Ph.D.
- Reports from Steven Southwick, M.D.
- Report from Theona Keough, Ph.D.
- Reports from Faulkner and Boyce Law Firm medical bills schedule A.

Mr. Colli presented to the office on time. I explained to him the purpose of an Independent Medical Examination, its difference from that of the treating physician and that a full report would follow this evaluation.

INJURY EVALUATION

Mr. Colli was involved in a motor vehicle accident on 12/30/04, a Thursday around noontime in a 35 mph speed zone on Chopmist Hill Road and Central Pike in Scituate, Rhode Island. Mr. Colli was a 47-year-old unrestrained driver of a 1995 Mack truck whose front end was in collision with the passenger's side of a 2004 Mercury. There was a fatality noted to the passenger of the Mercury. Mr. Colli was described wandering at the scene. He was taken to the Rhode Island Hospital Emergency Room and was noted to have a laceration to the left periorbital region and tenderness over the right hip. He had a Glasgow coma scale of

14/15. CT scan of the cervical spine was negative. X-ray of the thoracolumbar spine was negative. CAT scan of the brain revealed multiple punctate hemorrhage and bifrontal contusions consistent with a traumatic brain injury.

He was subsequently evaluated at the Gaylord Rehab Hospital for approximately four weeks. He was discharged home to his parents on 02/26/05. He subsequently was evaluated at the Lawrence Memorial Hospital Outpatient.

Approximately one month later, he left his parents' home and returned to his own house in Ledyard, Connecticut.

PAST HISTORY

Mr. Colli reported some minor head injuries and a history of some substance and alcohol use in high school otherwise he has been healthy.

MEDICAL CHRONOLOGY

Mr. Colli recalls and the records reveal that on 04/14/05, he passed a driver's ability test at the Easter Seals Driver's Site. He described this test as being quite challenging. He had to drive both in a simulator and with an on road experience. He noted that he passed the test and, according to the test results, he passed without any visual, cognitive or physical deficits to operate a motor vehicle. He relates to me that sometime in July of that year he returned to full-time work as a truck driver.

A video taken by his attorney on 09/01/05 revealed that he had complaints of memory loss, headaches, and occasional unsteadiness, with some forgetfulness and some easy frustration.

Mr. Colli relates to me that he had at that time and since no desire to play his guitar or to continue outdoor sports. He

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

also noted some decrease in social interaction although he does have a large family and does stay involved with them.

An MRI of the brain on 04/29/06, which I have reviewed, revealed residual chronic blood products in the frontal lobes. This was an improvement from the prior MRI of 04/28/05. There was no noted brain atrophy.

He had neuropsychological reports in June of 2005 and this was repeated in June of 2006. This last neuropsychological test revealed some emotional and behavioral disturbance. His test behavior and performance suggestive inconsistencies that would support a better performance than what was noted on the neuropsychological tests that day.

On 01/19/08, Dr. Tucker, his treating neurologist, rendered an opinion that Mr. Colli does have permanent cerebral impairments in the areas of executive, emotional and behavioral function. Dr. Tucker related that this was causally related to his frontal lobe injury. He also reported some mild tremor of the right arm. It was also noted that Dr. Tucker treated Mr. Colli with Inderal for his tremor, which seemed to help as well as some low dose Prozac 10 mg.

CURRENT STATUS

Mr. Colli relates that he gets up around 4 a.m., likes to do some work in his yard, takes a shower, and goes to work from 7 a.m. until 3:30 p.m. He drives and delivers piping products to various businesses throughout New England. He relates that he enjoys reading books and does attend family functions. He relates that he no longer smokes cigarettes and, in fact, is on a nicotine patch. Mr. Colli also denies alcohol and drug use.

REVIEW OF SYSTEMS

Mr. Colli does reveal that he tends to get frustrated easily and has occasional anger episodes.

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

EXAMINATION

During the history portion of the examination, Mr. Colli was in no acute distress. He is 5'7" and 169 lbs. He is right-handed and a high school graduate with some college. General examination does reveal no obvious musculoskeletal deformities. He has full range of motion of the head, neck and lumbar spine.

| | |
|---|---|
| Mental Status: | Mr. Colli is alert, awake and oriented. Mini mental status testing reveals him to have 30/30 on that assessment. He has normal constructions and a good attention span. He denies any significant depression. He does relate he gets some anxiety especially when he is easily angered. He denies any disturbed thoughts. He does relate that he occasionally thinks of the accident event. |
| Cranial Nerves: | |
| I | Smell was not tested. |
| II | Visual fields are intact to confrontation; fundi are unremarkable. |
| III, IV & VI | Pupils are round, equal and reactive to light and accommodation with good consensual response. Extraocular movements are full. No nystagmus is noted. |
| V | Corneal reflexes and facial sensations are within normal limits. Muscles of mastication are full strength. |

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

| | |
|---|---|
| VII | Muscles of facial expression are strong and symmetrical. |
| VIII | Auditory acuity is normal to speech and to whisper. |
| IX & X | Gag reflex is intact. Palatal movement is symmetric. Patient can swallow without difficulty. |
| XI | Trapezius and sternomastoid strength is full with no evidence of atrophy of fasciculation. |
| XII | Tongue protrudes in the midline with full strength bilaterally. There is no evidence of atrophy or fasciculations. |
| Motor: | Normal tone, strength and bulk. There is tremor in the right outstretched hand. |
| Reflexes: | Reflexes are 2+ and symmetrical with no pathological reflexes. No Babinski's. |
| Coordination: | Reveals normal finger-nose-finger, heel-shin-heel and rapid alternating movements. |
| Sensory: | Vibration sense is normal. Sensory is normal to touch. |
| Gait & Balance: | There is a slight unsteadiness to the right with sudden turning. |
| Dyskinetic Movement: | There are no abnormal movements. |

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

DISCUSSION

On 12/30/04, Mr. Colli was an unrestrained front seat driver who sustained bifrontal brain contusion and mild diffuse axonal injury as a result of a frontal motor vehicle accident. In six months, he was able to return to routine and instrumental activities of daily living. He also engaged in his occupation as a commercial truck driver. An MRI of his brain on 04/29/06 revealed grade 1 mild DAI with residuals of frontal brain contusions. There was no evidence of brain atrophy or signs of deep brain injury. Mr. Colli's neuropsychological testing of 04/29/06 revealed inconsistencies in the results that would suggest the test underestimated his cognitive ability.

As reported by Dr. Tucker, his treating neurologist, and in my opinion Mr. Colli has reached maximum medical improvement and does qualify for a permanent impairment rating based on AMA Guides, Sixth Edition. Mr. Colli has cerebral brain impairment due to emotional and behavioral complaints. Table 13-10 (page 334) of the Guides would translate this to a 5% whole person impairment. This impairment is based on the global assessment of function score of 61-70 that gives Mr. Colli this 5% whole person impairment. Mr. Colli has an impairment rating for a mild tremor of his dominant right hand. This, based on table 13-11, is a class 1 and would qualify for a 2% impairment. These impairments are combined and translate to a 7% whole person impairment for Mr. Colli. This 7% mild physical impairment does not translate to disability. Mr. Colli, in fact, is not disabled but rather does both routine and instrumental activities of daily living as well as his occupation.

The above impairments are based on an AMA Guide methodology related to his traumatic brain injury diagnosis, modified by his functional assessment, diagnostic tests, and reported neurological examinations.

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

I have reviewed Dr. Nieburg's reports from Connecticut Behavioral Consultants as well as Dr. Southwick's psychiatry reports. These reports suggest a posttraumatic stress disorder and mild depression and, according to Dr. Southwick, would warrant a psychiatric impairment rating. However, traumatic brain injury is a primary neurological disorder and based on the AMA Guides, Sixth Edition, his psychiatric complaints would be included in the cerebral, emotional, and behavioral impairment from his traumatic brain injury of 12/30/04. These issues would not qualify for a separate impairment rating based on the use of the AMA Guides, 6th Edition, for primary neurologic traumatic brain injury.

MEDICAL OPINION

It is my opinion to a reasonable degree of medical certainty that Mr. Colli sustained a traumatic brain injury with associated bifrontal brain contusions and diffuse axonal injury as a result of a motor vehicle injury on 12/30/04. It is my opinion that at the time of his injury he had a clinical assessment based on the Glasgow coma scale of 14 with 15 being normal. In April of 2005, Mr. Colli returned to both routine and instrumental activities of daily living and passed a driver's test without difficulty. This test allowed him to return to work unrestricted as a truck driver without any evidence of visual, cognitive or physical deficits that would interfere with his operation of a motor vehicle.

It is my opinion that these above findings along with his neuropsychological testing of 2006 and my independent medical examination with the use of the AMA Guides to Permanent Impairment, Sixth Edition, would support that Mr. Colli has mild residual impairment from his traumatic brain injury. This impairment does allow him to do the routines of daily living as well as his occupation.

I respectfully disagree with Dr. Southwick and Dr. Neiberg that

RE: Thomas J. Colli
File No.: 10 031 281
Date of IME: 08/28/08

August 28, 2008

his psychiatric posttraumatic stress reactions and emotions warrant a separate impairment rating. These impairments would be incorporated into his 7% permanent impairment to cerebral function.

In my opinion, the treatment for Mr. Colli's emotional and behavioral impairment would be neurologic office visits two to three times per year with medication for his tremors and anxiety. Currently, he is taking Inderal for the tremors and Prozac for his anxiety. It is my opinion, based on these neurologic brain impairments, he does not need continued ongoing psychotherapy based on his current level of function.

The above opinions are based upon my diagnostic injury and medical evaluation, The Guides to the Evaluation of Permanent Impairment, Sixth Edition, my clinical experience and training as a Board Certified Neurologist and Independent Medical Examiner, as well as my teaching and continuing education in the area of neurology and injury.

It is to be noted that the opinions rendered in this report are from this evaluator. This evaluation was conducted on the basis of the documents provided. If more information becomes available at a later date, an additional analysis or report may be requested or needed. Such additional information may or may not change the opinions rendered in this evaluation.

Respectfully submitted,

Thomas F. Morgan, M.D.

TFM/lg