# EXHIBIT 3

DEPT. OF CLINICAL NEUROSCIENCE
THE WARREN ALPERT
MEDICAL SCHOOL OF
BROWN UNIVERSITY

THOMAS F. MORGAN, M.D.

*Assistant Clinical Professor*

DIPLOMATE, AMERICAN BOARD OF NEUROLOGY AND PSYCHIATRY
AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS (CIME)

## DEPOSITION TESTIMONY SINCE 2000

1. **Susan Prendergast v. Libert Mutual**, Providence County Court (RI); Attorney Gregory Boyer, March 2000.
2. **Robert Barbato v. John Stephenson**, Providence County Court (RI); Case No. PC96-3503, May 2000.
3. **Tracey Hoey**, Providence Superior Court (RI); Case No. PC97465, December 2000.
4. **McParlin v. Pride Ford**; WC 2001-03900, April 2002.
5. **Gregory Marcello v. Wilson**, Kent County Court (RI); Case No. 98-166, June 2002.
6. **Ricci v. Cutler**, Providence Superior Court (RI); Case No. PC1999-4156, April 2003.
7. **Heather Gillman**, Washington County (RI); WC 97608, May 2003.
8. **ACS Industries v. Figueuri**, Washington County Court (RI); WC 2003-00081, August 2003.
9. **Karsulavitch**, Providence Superior Court (RI); Case No. PC032224, June 2004.
10. **Porter v. DeCaro**, Washington County Court (RI); WC 01470, February 2005.
11. **Eric Roloson**, Cleveland (OH); Attorney Andrew Krembs, April 2005.
12. **Charles Soliozy**, Newport County (RI); Attorney Joseph Palumbo, June 2005.
13. **Eaton**, Providence Superior Court (RI); Case No. PC99-4159, June 2005.
14. **Richard Diorio**, Providence County Court (RI); Attorney Raymond Pascia, August 2005.
15. **Kelly v. Marques**, Newport County (RI); NC02-385, November 2005.
16. **Roloson v. Humility of Mary Health**, Mahoning County (OH); Case No. 03CV1137, March 2006.
17. **Beverly Pine v. Jean Arruda**, Hawthorne County (MA); Case No. 0411518NMG, May 2006.

## TRIAL TESTIMONY FROM 1998

1. **Victoria**, Washington County Court (RI); Attorney Hugh Moore, December 1998.
2. **Raymond**, Administrative Judicial Court Stamford (CT); Attorney VanAvtwerp, October 1999.
3. **David Leilowitz v. Warren Medical Center**, Providence Superior Court, 2002.
4. **Ida Theroux v. William Wade**, Bristol County Superior Court (MA); Case No 00-0316, January 2002.

54 Jefferson Boulevard Warwick, Rhode Island 02888
(401) 467-7720 Fax (401) 467-4550
email: Thomas_Morgan@brown.edu

5. **Marie King,** Kent County Superior Court (RI); Attorney Richard Burrows, January 2002.
6. **Belony**, Providence Superior Court (RI); Attorney McSweeney, March 2002.
7. **Joao Ramos,** Providence Superior Court (RI); Attorney Patrick Landers, March 2002.
8. **Sprague**, Providence Superior Court (RI); Attorney McSweeney, March 2002.
9. **Dan Mozel**, Providence Superior Court (RI); Attorney James Kellehr, April 2002.
10. **Caswell**, Concord Superior Court (NH); Case No. 01-C-206, May 2002.
11. **Postian**, Providence Superior Court (RI); Attorney Mark Dana, November 2002.
12. **Bonodie**, Providence Superior Court (RI); Attorney Mike Reed, November 2002.
13. **Rebecca Abreu v. Ann Hope INC**, Boston Superior Court (CT); Case No. 00-11737-JLD, December 2003.
14. **Mulcahey**, Kent County Court (RI); Case No. KC01-547, October 2004.
15. **Smith**, Providence Superior Court (RI); Case No. P01-6585, November 2004.
16. **Stapans**, Washington County Court (RI); Attorney Dayan, November 2004.
17. **Ann Marie Dupre**, Bristol County Superior Court (MA); Attorney Conrad Cutoliff, January 2005.
18. **EID**, Washington County Court (RI); Attorney Conly, January 2005.
19. **Schnell**, Providence Superior Court (RI); Attorney Mike Ried, March 2005.
20. **Bousivert**, Providence Superior Court (RI); Attorney James Kelleher, June 2005.
21. **Hazard**, Washington County Court (RI); WC02-250, October 2005.
22. **Diorio**, Providence Superior Court (RI); Case No. 01-4680, October 2005.
23. **Mylnek v. Knott,** Kent County Superior Court (RI); Case No. 03-648, Fall 2005.
24. **Coningford v. Monohan,** Kent County Superior Court (RI); Case No. 03-164, Fall 2005.
25. **Hazard v. Ferle,** Washington County Superior Court (RI); WC02-250, Fall 2005.
26. **Zalabowski v. Trottier,** Washington County Superior Court (RI); WC03-171, Fall 2005.
27. **Burke v. Kenyon,** Washington County Superior Court (RI); WC02-0150; Winter 2006.
28. **Scott v. Soto,** Providence County Court (RI); PC-014307; Winter 2006.
29. **Blair & Castelli v. Mayen,** Providence County Court (RI); PC03-0407; Spring 2006.
30. **Favazza v. Piansay,** Washington County Superior Court (RI); WC03-0007, Spring 2006.
31. **Martins v. Borden,** Newport County Court (RI); NC00-0296, Spring 2006.
32. **Rarick v. Tobin & Taylor,** Providence County Court (RI); PC00-6411, Spring 2006.
33. **Tollefson v. Spillane**, Newport County Court (RI); NC05-27, Spring 2006.
34. **Wilkinson v. Edwards**, Kent County (RI); KC 04-0967, October 2006.
35. **Abbott v. Dragon**, Providence Superior Court, (RI); PC05-3401.
36. **Macedo v. Rose**, Providence Superior Court, (RI); PC04-1261.
37. **Frazier v. Resendes**, Providence Superior Court, (RI); PC04-4974.
38. **Blackledge v. Goncalo**, Providence Superior Court, (RI); PC04-2030; November 2007
39. **Ryan v. Vermette**, Providence Superior Court, (RI); PC05-1549; March 2008

40. **Vincent v. Andreozzi**, Providence Superior Court, (RI); PC05-2855; March 2008
41. **Belisle v. Neives**, Providence Superior Court, (RI); PC04-3292; May 2008.