# EXHIBIT 4

## CLINICAL NEUROPSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **Examinee:** | **Thomas Colli** |
| **Date of Examination:** | **August 14, 2008 (4 pm-7:30 pm)** |
| **Date of Report:** | **August 24, 2008** |
| **Date of Birth:** | **May 13, 1957** |
| **Basis of Evaluation:** | **Interview** |
| | **Review of Medical Records, Testing** |
| **Examiner:** | **Margaret O'Connor Ph.D., ABPP/Cn** |

## INTRODUCTION/REASON FOR REFERRAL

The following history was based on Mr. Colli's report as well as from a review of medical and police records (cited below). Mr. Colli is a 51 year old right handed man who reported that he had been in good health, both mentally and physically, until 12/30/04 when he was involved in a head on collision. He was transported to Rhode Island Hospital where he remained for 10 days after which he was transferred to Gaylord Hospital for rehabilitative care for approximately two months. Brain imaging studies from December 2004 revealed diffuse axonal injuries and bifrontal contusions. Medical notes on file (cited below) indicated that he presented with significant cognitive problems affecting executive functions, attention and memory. There is a history of alcohol abuse.

On interview, Mr. Colli reported that he had no memory for the accident or for his hospitalization at Rhode Island Hospital. He stated that he recalled being at Gaylord Hospital where he was involved in therapy. He reported that he continues to have problems with anger management, balance, memory and concentration. Regarding the latter he stated that his cognitive functions have improved to the extent that he can manage finances and operate a truck but they have not returned to baseline. He reported that his daily life consists of work (truck driving), taking care of domestic pets, some exercise, reading, and watching television.

## MEDICAL HISTORY

Mr. Colli reported a history of prior head injuries during childhood, one which involved LOC but none with hospitalization or cognitive sequelae. He has smoked 3-4 packs of cigarettes a day for the past 25 years. Notes from Gaylord Hospital indicate a history of illicit drug

use during teenage years and periods of heavy drinking. He reported that he has been abstinent from alcohol since the MVA. He denied a prior history of other psychiatric problems.

**FAMILY BACKGROUND**

Mr. Colli was born in Hartford CT and he was raised in Mystic and Simsbury CT. He is the third of seven children. His father died two years ago. His mother has a history of diabetes and recent retinal repair.

**EDUCATIONAL/VOCATIONAL BACKGROUND**

Mr. Colli attended public school during grammar school. He reported that he was a below average student who never applied himself. Records from Stonington High School revealed that he received B's in art and crafts and that he obtained a B in U.S. history but that his grades otherwise ranged from C to F. He graduated 174 in a class of 234 in 1977. Mr. Colli attended Lyndon State College but he dropped out of college after he was caught cheating. His transcript from Lyndon State College indicated grades that range from C to F with an A in music.

Mr. Colli served as a cook in the Marines at Parris Island, Camp Lejeuene and he was later was stationed in Japan. He has a 35% service-connected disability related to a fungal infection of his feet. For the past 20 years Mr. Colli has worked as an interstate truck driver. He reported that he drives a truck 40 hours a week on major highways in upstate New York and New England. He stated that he has periodic anxiety while driving but that he uses deep breathing so that he does not have to pull off the road. He considers himself a safe driver.

**REVIEW OF RECORDS**

Foster Ambulance Report

The ambulance report indicated that EMT's responded to an MVA on 12/30/04 and that Mr. Colli was ambulatory but confused at the scene of the MVA. He was not oriented and he did not recall being involved in an MVA.

Rhode Island Hospital Medical Records

Emergency Room records from Rhode Island Hospital indicated that Mr. Colli was involved in a head on collision. His mental status was described as confused and he complained of right hip pain. He sustained facial lacerations. He had no memory of the MVA.

Rhode Island Hospital admitting records include a neurosurgical note authored by Dr. Michael Park (12/30/04) which indicated that Mr. Colli was a restrained driver in a MVA, that he was confused at the scene,

and that he sustained bilateral frontal contusions. He was amnestic for the MVA and he was described a perseverative and disorganized. CT scan reports from Rhode Island Hospital (12/30/04, 12/31/04) revealed bilateral frontal contusions, a smaller contusion in the left occipital lobe and hyperintensities consistent with diffuse axonal injury (DAI).

Notes from Dr. Thomas Belknap (12/31/04, 1/1/05) indicated that Mr. Colli presented with confusion and amnesia for the MVA.

A note from Dr. Park (1/2/05) indicated that Mr. Colli was neurologically stable and that he was oriented X2-3.

Neurosurgical notes from Dr. Samuel Greenblatt indicated that Mr. Colli was more coherent as of 1/3/05. A subsequent note from Dr. Greenblatt (1/5/05) indicated that Mr. Colli reported that he was "a heck of a lot better." A note from Dr. Greenblatt (1/7/05) indicated that Mr. Colli continued to present with cognitive problems.

Occupational Therapy notes by Adrian Blaine, OTR/L (1/2/05-1/9/05) indicated that Mr. Colli presented with cognitive problems. As of 1/3/05 he was unable to state his name or recall his initial meeting with Ms. Blaine. He presented with limited attention, easy distractibility and inappropriate behaviors. Follow up notes (1/4/05, 1/5/05, 1/6/05, 1/9/05) revealed that he presented with reduced problem solving as well as memory and organization problems.

The Rhode Island Hospital Discharge Summary by Dr. Marc Goldman (1/10/05) indicated that Mr. Colli was an unrestrained driver in a "reasonably severe" MVA and that he lost consciousness at the site. The note indicated that he arrived in the Rhode Island Hospital ER confused and irritable and that a CT scan revealed multiple small cerebral contusions. He improved neurologically throughout his hospital stay. He was discharged to a rehabilitation facility on 1/10/05 with a diagnosis of closed head injury, bifrontal contusions.

<u>Gaylord Hospital Medical Records</u>
Mr. Colli was admitted to Gaylord Hospital on 1/10/05. A note from Dr. Mustafa Kemal (1/11/05) indicated that Mr. Colli was alert and oriented but that he presented with problems in executive functions, memory and organization. The elementary neurological exam was non-focal. He was admitted to Traurig House for rehabilitative care.

A Speech Therapy Evaluation by Rebecca Burrell MS, CCC/SLP (1/12/05) indicated that Mr. Colli presented with moderate to severe deficits in attention, memory, reasoning, sequencing, and that his safety awareness was compromised.

An Occupational Therapy Evaluation by Antoinette Nicolelli OTR/L (1/12/05) indicated that Mr. Colli was independent in terms of self care and that he was able to follow his schedule. He demonstrated deficits on tasks of problem solving and deductive reasoning and had limited insight into his deficits.

Mr. Colli was seen by Dr. Richard Delaney. Dr. Delaney's initial therapy note (2/1/05) indicated that Mr. Colli was referred for assistance with coping strategies. Mr. Colli was described as alert and oriented with intact conversational skills. Dr. Delaney noted that Mr. Colli presented as anxious and pressured.

Mr. Colli was seen for psychiatric consultation on 2/5/05. He presented with mildly pressured speech and he indicated that he did not remember his hospitalization at Rhode Island Hospital. He was described as vulnerable in the treatment setting.

A Team Conference report dated 2/9/05 revealed that Mr. Colli's therapists reported that he was improving in terms of his memory and processing speed as well as with his interpersonal skills.

A Team Conference report dated 2/22/05 revealed that Mr. Colli's therapists reported that he was improving in terms of cognitive abilities and his interpersonal skills. His discharge was planned for 2/26/05 with follow up outpatient services.

A Discharge Report from Speech Therapy by Ellen Isaacson MS, CCC/SLP (3/10/05) indicated that Mr. Colli had been seen on 33 occasions. His communication status was within functional limits with the exception of mild problems with written expression and a tendency to verbosity. Mild to moderate deficits were noted in attention, memory, executive functions, sequencing, and insight.

Mobility Center Driving Ability Report

Mr. Colli was referred for a driving evaluation by Dr. Kemal on 4/14/05. Evaluation findings indicated intact visual perception (acuity, color detection, depth perception, visual fields), intact cognitive processing speed, intact mental flexibility, and intact physical skills necessary for driving. Mr. Colli took a road test involving different levels of traffic complexity. He demonstrated safe highway driving. There were no areas of concern.

Neurological Evaluation by Dr. Laurence Radin (4/21/05)

Mr. Colli was seen for evaluation by Dr. Radin on 4/21/05, four months following his TBI. At that time he presented with normal mental status,

including memory and calculations. An EEG from 4/28/05 was normal. An MRI revealed residuals of his bifrontal contusions.

Lawrence & Memorial Hospital
Notes from Lawrence & Memorial Hospital indicated that Mr. Colli participated in physical therapy and occupational therapy on an outpatient basis. The OT progress notes (3/15/05) indicated attention and memory problems.

An MRI (4/27/05) indicated white matter abnormalities in bifrontal brain regions. There was evidence of multiple foci of calcification consistent with hemosiderin deposition.

Counseling notes from Charles Simon, LICSW (9/21/05) indicated that Mr. Colli presented with complaints of anxiety when at work and that he was crying and feeling drained. He worried about feelings of paranoia related to the fact that his work colleagues and customers were talking about him. Diagnostic considerations included Panic Disorder without Agoraphobia and R/O PTSD. He stated that he had a visceral memory of the accident that he could not actively remember.

Follow up notes from S Schilling APRN indicated that Mr. Colli was seen on 11/7/05 at which time he reported increased anxiety while driving the day prior and that he used deep breathing techniques to avoid panic. Ms. Schilling opined that he would benefit from EMDR. He was treated with Prozac and Zyprexa. A note from Ms. Schilling dated 1/3/06 indicated that Mr. Colli reported increased sensitivity around the time of the anniversary of his MVA and that he complained of memory and concentration problems. He presented as alert and oriented X 3 with impaired memory and concentration problems. He was reading Victor Frankel. His Prozac was increased to 30 mg daily. A note from Ms. Schilling dated 1/31/06 indicated that Mr. Colli reported increased anxiety and irritability. He presented as alert and oriented X 3 with intact memory and speech but with anxious affect and disorganized thought process. Prozac was decreased and Depakote (250 mg) was added to his medication regimen. A note from 2/9/06 indicated that Mr. Colli presented as alert and oriented X 3 with intact memory and speech but with anxious affect and disorganized thought process.

Neuropsychological Evaluation by Dr. Christopher Tolsdorf
Mr. Colli was seen by Dr. Tolsdorf on 6/3/05 and 6/10/05. At the time of the evaluation he reported mild memory problems, dizziness and headaches. He reported that he was short tempered and prone to fatigue. He reported that he recently passed a driving test and that he enjoyed reading history books. He presented with normal affect and

communication skills. Symptom validity testing revealed adequate effort. Test findings revealed average baseline intelligence. His language functions were intact. Mild to moderate problems were noted on tasks of memory and complex problem solving. His deficits were seen as consistent with his neurological history of frontal lobe damage. Dr. Tolsdorf opined that Mr. Colli's cognitive deficits would have minimal impact on his work.

Mr. Colli was seen by Dr. Tolsdorf for follow up evaluation on 6/22/06. At the time of the evaluation he reported that he was working full time in his prior job but that he no longer loaded the truck. He stated that he was able to drive to destinations without getting lost and that he was able to manage paperwork. He reported persistent problems with anger and noted that he was in therapy with Dr. Nieberg. He reported an active life and stated that he was able to mange finances. He reported headaches and anxiety.

Dr. Tolsdorf noted that test results were atypical: Mr. Colli's performance was expected to improve since the time of the 2005 evaluation but, instead, he performed more poorly on some tests than he had one year prior. In particular, his performance on the Wisconsin Card Sorting Test had declined even though he recognized the test from the prior administration. Dr. Tolsdorf reported that test results were difficult to interpret as they did not correspond to the recovery pattern typically seen in the wake of a TBI.

<u>Notes from Dr. Herbert Neiburg</u>
Mr. Colli was seen for evaluation by Dr. Neiburg on 5/1/06. Dr. Neiburg opined that Mr. Colli had memory problems and anxiety as well as moderate level attention problems. It is not clear how these functions were assessed. Notes from Dr. Neiburg are extremely brief. On 7/10/06 he noted that Mr. Colli had anxiety and "some depression." On 7/24/06 he reported that Mr. Colli was going to L&M for cognitive restructuring and that he did not wish to continue treatment. On 12/4/06 Dr. Neiburg reported that Mr. Colli had anxiety and panic attacks and that he was followed by Drs. Tucker and Southwick. On 12/13/06 Dr. Neiburg reported that Mr. Colli presented with increased isolation and increased anxiety and that his BDI was 33. On 12/18/06 Dr. Neiburg reported that Mr. Colli complained of memory loss and increased anxiety and that his BDI was 33. On 1/8/07 Dr. Neiburg reported that Mr. Colli seemed more mellow on Prozac. His anxiety and mental status were rated as stable. On 3/25/07 Dr. Neiburg reported that Mr. Colli complained of sleep difficulties, panic attacks, fatigue and GI distress. Mr. Colli saw Dr. Neiburg approximately 25 more times until he terminated therapy on 6/18/07. The vast majority

of notes are two to three lines in length and do not provide meaningful information regarding Mr. Colli's daily life during that time period.

Neurological Progress Notes by Dr. Edward Tucker
Mr. Colli has been followed neurologically by Dr. Edward Tucker. Notes on file indicate that he met with Dr. Tucker approximately 20 times between 4/8/06 and 3/15/08 . At time of initial evaluation (4/8/06) he complained of trembling, headaches and confusion. Dr. Tucker reported that Mr. Colli presented with pseudobulbar affect. Dr. Tucker opined that Mr. Colli's emotional lability was secondary to his TBI. Dr. Tucker treated Mr. Colli with medications (e.g., Cymbalta, Prozac and Inderal) and he made recommendations for therapy. As of 11/29/06 Dr. Tucker opined that Mr. Colli had not reached his maximum level of recovery. As of 1/19/08 Dr. Tucker opined that Mr. Colli reached his maximum level of recovery.

Psychiatric Progress Notes by Dr. Reddick
An intake evaluation (8/3/07) indicated that Mr. Colli complained of anger management problems and that he did not find therapy helpful. He presented with intact cognition and labile mood. He was diagnosed with Post Traumatic Stress Disorder, Depression and TBI. Treatment recommendations focused on medications and therapy. Mr. Colli consulted Dr. Reddick seven more times. The notes on file are difficult to decipher and are rather brief. Mr. Colli presented in a "positive mood" on 3/4/08.

Neuropsychological Evaluation by Dr. Fiona Kehoe (5/28/08, 6/5/08)
Mr. Colli underwent neuropsychological evaluation by Dr. Kehoe at the request of his attorney. At the time of this evaluation Mr. Colli reported physical, cognitive and emotional sequelae from the MVA. He complained of left sided headaches (4-5 times/week), TMJ pain (managed with a brace at night), low energy, photosensitivity, irritability, a right hand tremor (improved with Inderal), and cognitive problems. Regarding the latter he reported distractibility, problems with multi-tasking, impulsive spending, and forgetfulness. He reported that he was able to manage his finances. He reported problems with anger management and emotional reactivity. He reported exaggerated emotional reactions to situations. He reported increased anxiety and fears that "something bad would happen to him." He reported an exaggerated startle response and hypervigilance. He reported restless sleep. He reported social problems and decreased interest in former activities. Dr. Kehoe interviewed Mr. Colli's mother who reported that he had memory and concentration problems as well as episodic emotional dyscontrol.

At the time of the evaluation Mr. Colli presented as well mannered but verbose and his speech was described as tangential. He engaged the examiner in prolonged conversations. He demonstrated a full range of affect. He appeared to exert his best effort but he exhibited frustration and he complained of fatigue. Dr. Kehoe reported that Mr. Colli had headaches on both days of testing but that his headache dissipated after the lunch break on the second day. It is not clear from the report which tests were administered during the time when Mr. Colli complained of head pain.

Test findings indicated that Mr. Colli performed normally on tests of effort. His test scores indicated that he performed in the average range on measures of general intelligence (IQ=88; 37th %ile). His scores were relatively even across the WAIS-III subtests with relative strengths on tasks of nonverbal reasoning (Matrix Reasoning =50th 5ile) and sequencing (Picture Arrangement =50th %ile), lower scores on tests sensitive to fund of acquired knowledge (Vocabulary = 25th %ile, Information = 37th %ile), social reasoning (Comprehension = 37th %ile, Similarities =25th %ile) and borderline impaired scores on tests measuring mental arithmetic (Arithmetic = 5th %ile), perceptual speed (Symbol Search = 9th %ile) and timed nonverbal problem solving (Block Design = 5th %ile). Measures of academic achievement (spelling, word reading, and written arithmetic) were low average. As per Dr. Kehoe, “low average to average performance is likely to be a reasonable reflection of his premorbid intellectual abilities.”

Other findings indicated that Mr. Colli's communication skills were “grossly intact” and his naming was low average consistent with his likely baseline vocabulary. His memory testing was commensurate with his IQ (General Memory Index = 88, 37th %ile). Mr. Colli's recall of stories was average (50th %ile) and his memory for word pairs, faces and complex pictures ranged from average to low average. His initial recall of a lengthy (16 item) word list was borderline impaired but with repetition, he demonstrated a normal learning curve and his delayed recall was average, consistent with his IQ. Mr. Colli's spatial skills including sequencing and visual integration were seen as intact. Problems were seen on tasks of visual organization and executive functions. Dr. Kehoe indicated that Mr. Colli's conceptual abilities were intact but that he was prone to losing set and that he had problems on tasks requiring sustained attention, speed of output, and mental flexibility. Motor testing was conducted towards the end of the day and there was a question about the reliability of the findings due to possible fatigue effects. Finger tapping showed an asymmetry in that his left hand was normal and his right hand was impaired. Fine manual coordination was impaired for the right and borderline impaired for the right. These findings were much worse than they had been in 2005.

Mr. Colli endorsed moderate level depression on a self report inventory. Mr. Colli's mother indicated that he had executive problems (apathy, disinhibition) prior to the MVA but that these increased in the aftermath of the TBI. She also reported that there has been considerable improvement in the context of medication intervention.

On the basis of her file review and evaluation Dr. Kehoe opined that Mr. Colli had neuropsychological weaknesses affecting attention, planning, manual programming, executive abilities, cognitive flexibility, sustained attention, processing speed, and memory problems (affecting his initial acquisition of a word list. Regarding his memory, Dr. Kehoe opined that Mr. Colli demonstrated a "loss of memory traces" over a time delay and that he had problems with discrimination of target from foil words. Dr. Kehoe opined that Mr. Colli had moderate to severe depression. She opined that Mr. Colli's weaknesses are causally related to his prior TBI and that it was unlikely that further recovery would take place.

Psychiatric Evaluation by Dr. Steven Southwick

At the request of Mr. Colli's attorney Dr. Southwick evaluated Mr. Colli on July 20, 2008 in order to determine whether Mr. Collis suffered from Post Traumatic Stress Disorder (PTSD), to assess the extent of impairment related to his condition and to indicate whether further psychiatric care was necessary. Based on his file review as well as his evaluation of Mr. Colli and a phone interview with Mr. Colli's mother, Dr. Southwick opined that Mr. Colli met criteria for PTSD. He further opined that Mr. Colli suffered considerable distress in terms of his psychological, social and occupational functioning. Dr. Southwick opined that Mr. Colli was in need of therapy.

## CURRENT EVALUATION

**Behavioral Observation:** Mr. Colli presented as an alert, oriented, well-appearing, right handed man. Dress and hygiene were normal. Ambulation was normal and he utilized no assistive devices. He was somewhat disinhibited. He spoke in a loud voice and at times laughed in an overly jocular manner. He was, nonetheless, cordial and cooperative throughout the examination. He was adequately attentive and motivated during testing. His thinking was logical and coherent without evidence of loose association, bizarre ideation, hallucinations or delusions. Speech was logical and goal-directed. Speech comprehension was entirely intact. There was no evidence of impulsivity or distractibility. Mr. Colli was able to recall detailed information regarding his medical history and personal life without difficulty. There was no evidence of fatigue and he worked persistently

on all tasks throughout the 3.5 hour test session. He did not complain of headaches at the time of the assessment.

Effort Testing: Mr. Colli performed variably on tests sensitive to cognitive effort. During his recent evaluation with Dr. Kehoe he performed normally on all three effort indices from the Green Word Memory Test (IR=95%; DR=100%; CNS=95%). His scores on Trial 1 of the TOMM administered by Dr. Kehoe was below expectations (42/50) but his scores on Trial 2 (49) and the Retention Trial (50) were seen as consistent with adequate effort. His performance on the Warrington Recognition Memory Test (RMT) administered by this examiner was below expectations (35/50) and in the range of individuals who have significant memory problems and/or inadequate effort

General Intellectual Status: A full WAIS-III was not administered as this test was done in June 2008 by Dr. Kehoe. As per Dr. Kehoe's report Mr. Colli performed in the average to low average range on tests of intellectual abilities (IQ=88; 37th %ile). As per data presented by Dr. Kehoe, his scores on tests measuring functions that are thought to reflect baseline (ie, pre-TBI) intelligence was average to low average. Individual subtest scaled scores clustered in the average to low average range with the exception of arithmetic, nonverbal problem solving and perceptual speed all of which were borderline impaired.

| WAIS-III | June 2005 | June 2006 | June 2008 | August 2008 |
|---|---|---|---|---|
| Vocabulary | 09 | - | 08 | - |
| Similarities | 09 | - | 08 | - |
| Information | 09 | - | 09 | 09 |
| Picture Com | 11 | - | 10 | 12 |
| Block Design | 07 | 07 | 05 | 07 |
| Matrix Reasoning | 06 | 08 | 10 | 10 |
| Digit Span | 07 | 07 | 07 | 05 |
| Arithmetic | 05 | 03 | 05 | 04 |
| Letter-Number | ND | - | 08 | - |
| Digit Symbol | 11 | 09 | 09 | 10 |

A comparison of WAIS-III subtests from 2005 to 2008 indicated that Mr. Colli performed slightly worse on five of nine subtests whereas he performed better on one of the nine tests administered.

Results from the current exam revealed slightly improved performance on tasks of block design and picture completion (which may represent

practice effects) and slightly worse performance on arithmetic and attention span.

Attention and Executive Functions: Auditory digit span was impaired with 4 digits forward and 3-4 digits backwards. These scores declined in comparison to scores from June 2006 at which time Mr. Colli's attention span was 6 forward and 4 backwards as well as from June 2008 at which time Mr. Colli's attention span was 5-6 forward and 3 digits backwards.

Across test sessions from 2005 – 2008 significant variability was seen across the Trails B which measures processing speed and divided attention. His performance in June 2006, June 2008 and August 2008 was significantly slower than it had been in June 2005. His slow performance on Trails B is indicative of diminished mental flexibility and slow processing speed.

Trailmaking Tests
Part A
January 2005: CND
June 2005: 35", 0 error
June 2006: 48", 1sc
June 2008: 30", 0 error
August 2008: 35", 0 error

Part B

| | |
|---|---|
| January 2005: | CND |
| June 2005: | 96", 1 error |
| June 2006: | 112" 2 errors |
| June 2008: | 145", 1 error |
| August 2008: | 110"; 1 error |

The Wisconsin Card Sorting Test was not administered on this occasion as this test is very sensitive to practice effects. Individuals may learn the underlying conceptual design of the test and perform much better on a second test administration. Mr. Colli was administered the WCST on three sessions from 2005 – 2008. During the 2005 and 2006 test sessions he was able to sort 3 categories. His performance declined precipitously at the time of the last (June 2008) testing so that he sorted only 1 category. As per Dr. Tolsdorf's note, his impaired performance on this test is unusual as it does not reflect the effects of practice and/or the typical recovery pattern seen in the wake of a TBI.

During the current testing performance on the Conners' CPT-II was WNL. Some variability in reaction time was noted but there was no evidence of significant inattention or problems with sustained attention.

Connors' CPT- II

| | June 2008 | August 2008 |
|---|---|---|
| Omissions | 52.10 WNL | 42.10 good |
| Commissions | 50.84 WNL | 36.87 good |
| Hit RT | 59.13 WNL | 54.76 WNL |
| Hit RT SE | 49.98 WNL | 49.18 WNL |
| Variability | 51.99 WNL | 48.79 WNL |
| Detectability | 51.99 WNL | 33.80 very good |
| Response Style | 47.74 WNL | 51.24 WNL |
| Perseverations | 45.77 WNL | 45.77 WNL |
| Hit RT Block | 68.68 Atypical | 48.39 WNL |
| Hit SE Block | 75.64 Atypical | 49.42 WNL |
| Hit RT ISI | 46.69 WNL | 40.21 WNL |
| Hit SE ISI Change | 54.63 WNL | 52.19 WNL |

On the Behavior Rating Inventory of Executive Functions (BRIEF), Mr. Colli endorsed items indicating problems with inhibition, emotional control, set shifting, memory, organization and self monitoring.

Learning and Memory: Mr. Colli was alert and oriented in all spheres and he conveyed normal awareness of recent events. Performance on tests of memory was variable ranging from impaired to average. His face recognition on the RMT was impaired (35/50; <5th %ile). Prior testing from 2005 and June 2008 indicated that his recall of a story was average to high average.

His ability to recall of a lengthy word list was low average to impaired on all test occasions from June 2005 through August 2008. Marked variability was seen in terms of Mr. Colli's false positive errors. In June 2006 he made only two false positive errors on the CVLT whereas in August 2008 he made 15. This marked variability is quite unusual and suggests that Mr. Colli used different decision criteria on separate occasions.

Language: Speech was fluent, articulate, and prosodic. Visual confrontation naming was intact (BNT = 55/60 plus 2 with phonemic cueing). Other aspects of basic language function (comprehension, repetition, prosody) were WNL. He was able to read and respond to PAI questions without apparent difficulty.

Visuospatial Ability: There was no evidence of neglect. His score of 12 on WAIS-III Block Design was in the high average range. His scores

on tasks of visual problem solving was superior as was his performance on tasks of visual memory.

Motor Functions
Marked variability was seen on the Grooved Pegboard Test. In June 2005 Mr. Colli was able to complete the task in 74 seconds with his right hand and in 69 seconds with his left Hand. In June 2008 it took Mr. Colli 205 seconds with his right hand and in 106 seconds with his left hand. In August 2008 he was able to complete the task in 80 seconds with his right hand and in 73 seconds with his left hand.

Mood and Personality: Mr. Colli's score of 20.5 on the Beck Depression Inventory consistent with moderate level depression. He endorsed items at a low degree of intensity associated feelings of punishment, self dislike, decreased interest, agitation, difficulty making decisions, sleeping problems, fatigue, and concentration difficulties.

Mr. Colli's PAI profile was valid both with respect to number of reported items and the consistency of his responses. There was no evidence that Mr. Colli endorsed items in a manner to portray himself as more negative or pathological than the clinical picture would warrant. The PAI computer generated report read as follows:

*"The PAI clinical profile is marked by significant elevations across a number of different scales, indicating a broad range of clinical features and increasing the possibility of multiple diagnoses. This pattern suggests a person who is uncomfortable, impulsive, angry, and resentful. Clients with this type of profile are often presenting in a state of crisis and marked distress. Such crises are often associated with difficulties or rejection (perceived or actual) in interpersonal relationships—such individuals often feel betrayed or abandoned by those close to them. For the respondent, this may be part of a more general pattern of anxious ambivalence in close relationships, marked by bitterness and resentment on one hand and dependency and anxiety about possible rejection on the other. Various stressors (both past and present) may have contributed to and maintained this pattern of interpersonal turmoil. These disruptions in his life have apparently left him uncertain about his goals and priorities and tense and pessimistic about what the future may hold.*

*The respondent indicated that he is experiencing specific fears or anxiety surrounding some situations. The pattern of responses suggests that he reports moderate degrees of difficulty with a variety of behaviors related to anxiety. Phobic behaviors may interfere in some way in his life, but avoidance behaviors are not marked and will probably not preclude a relatively successful level of daily functioning. He may be seen by others as ruminative, detail-oriented, conforming, and somewhat rigid in his attitudes and behavior.*

*The respondent describes a number of problematic personality traits. His responses suggest that a major problem for him lies in the area of heightened emotional responsiveness. He is likely to be quite emotionally labile, manifesting fairly rapid and extreme mood swings and, in particular, probably experiences episodes of poorly controlled anger.*

*The respondent indicated that he is experiencing a discomforting level of anxiety and tension. The primary manifestation of the respondent's anxiety appears to be in the physiological or somatic modality. Overt physical signs of tension and stress, such as sweaty palms, trembling hands, complaints of irregular heartbeats, and shortness of breath, are prominent. In contrast, the clinical picture does not appear to be characterized by common cognitive and affective signs of anxiety as major features. This pattern suggests that he might not recognize these symptoms as signs of heightened anxiety and stress or may be repressing the experience of anxiety to some extent. The respondent reports some difficulties consistent with relatively mild or transient depressive symptomatology.*

On the basis of PAI results the following DSM-IV diagnoses were considered likely:

| | |
|---|---|
| Axis I: | 300.4 Dysthymic Disorder |
| Axis I Rule Out: | 296.2 Major Depressive Disorder |
| Axis II: | 799.9 Diagnosis Deferred on Axis II |
| Axis II Rule Out: | 301.83Borderline Personality Disorder |

**IMPRESSIONS**

Mr. Colli is a 51 year old right handed man who sustained bifrontal brain injuries as a result of a MVA on 12/30/04. Medical notes on file indicate that he has complained of cognitive problems, balance difficulties, headaches and emotional dsycontrol. These problems have been seen as causally related to the MVA. There is a history of alcohol abuse predating his TBI. Notes on file indicate that Mr. Colli resumed full time work as a truck driver and that he passed a driving exam which included cognitive testing.

Mr. Colli's attorney sent him for neuropsychological assessment with Dr. Kehoe two months prior to the current exam. Studies have shown that prior exposure to tests result in improved test performance on some tests due to "practice effects." In some instances, Mr. Colli was exposed to the same or similar tests three times (2005, 2006, and June 2008) prior to the current assessment. In light of his prior exposure to many standard tests, current testing was abbreviated and included only a portion of those tests administered by Dr. Kehoe in June 2008.

A comparison of test data across all four sessions (2005, 2006, June 2008, August 2008) revealed stability on many tests and unexpected

decline on others. Mr. Colli's performance on the WCST, a test sensitive to practice effects, revealed decline from 2005 to June 2008. As per Dr. Tolsdorf's comments, decline on the WCST is an unexpected finding and is not consistent with the typical recovery pattern following brain trauma. In addition there was marked variability in Mr. Colli's performance on a test of manual dexterity. His performance was much more impaired in June 2008 evaluation than during 2006 or August 2008 test sessions. Dr. Kehoe opined that Mr. Colli's poor performance during the June 2008 evaluation may have been due to fatigue. A third unusual finding pertained to Mr. Colli's very poor performance on a forced choice recognition memory test (RMT) during the current evaluation. His very low score on this test (in the range of amnestic patients) was worse than would be expected on the basis of his clinical presentation (he has intact memory for everyday events and is able to drive long distances independently). A final unusual finding included Mr. Colli's variable error pattern. In June 2006 he made only two false positive errors on the CVLT whereas in August 2008 he made 15 such errors.

The above unexpected findings suggest that factors other than neurological dysfunction may have influenced some aspects of Mr. Colli's test performance. Dr. Kehoe opined that fatigue may have contributed to his unexpected score on the Grooved Pegboard Test. It may also be the case that inconsistent effort (due to secondary gain issues and/or depression) may have influenced test findings.

Overall, current testing and previous evaluations by Drs. Toldsdorf and Kehoe indicated that Mr. Colli has a profile of cognitive and emotional problems affecting attention, memory for complex information, processing speed, mental flexibility, and complex problem solving. Records on file and current testing suggest that his cognitive abilities were low average prior to his TBI. School transcripts suggest that he had academic difficulties prior to his TBI. Clinical notes on file suggest that he was prone to emotional problems prior to his TBI. It is likely that Mr. Colli's current problems increased as a result of frontal systems damage but it is difficult to determine the magnitude of decline in light of the test confounds noted above.

**Margaret O'Connor Ph.D.**
**Associate Professor of Neurology**
**Harvard Medical School**
**Diplomate in Clinical Neuropsychology**
**American Board of Professional Psychology**

**Licensed in State of MA #4618**

**NEUROPSYCHOLOGICAL TEST DATA**
**(Do not separate from body of the report)**

| WAIS-III | June 2005 | June 2006 | June 2008 | August 2008 |
|---|---|---|---|---|
| Vocabulary | 09 | - | 08 | - |
| Similarities | 09 | - | 08 | - |
| Information | 09 | - | 09 | 09 |
| Picture Com | 11 | - | 10 | 12 |
| Block Design | 07 | 07 | 05 | 07 |
| Matrix Reasoning | 06 | 08 | 10 | 10 |
| Digit Span | 07 | 07 | 07 | 05 |
| Arithmetic | 05 | 03 | 05 | 04 |
| Letter-Number | ND | - | 08 | - |
| Digit Symbol | 11 | 09 | 09 | 10 |

Current testing was limited due to potential practice effects related to the prior June 2008 examination. Results from the current exam revealed slightly iproved performance on tasks of block design and picture completion (which may represent practice effects) and slightly worse performance on arithmetic and attention span.

**Trailmaking Tests**
**Part A**
January 2005: CND
June 2005: 35", 0 error
June 2006: 48", 1sc
June 2008: 30", 0 error
August 2008: 35", 0 error

**Part B**

| | |
|---|---|
| January 2005: | CND |
| June 2005: | 96", 1 error |
| June 2006: | 112" 2 errors |
| June 2008: | 145", 1 error |
| August 2008: | 110"; 1 error |

Significant variability was seen across the Trailmaking Tests which measure processing speed and divided attention. His performance in June 2006, June 2008 and August 2008 was significantly slower than it had been in June 2005. His slow performance on Trails B is indicative of diminished mental flexibility and slow processing speed.

**Connors' CPT- II**

| | June 2008 | August 2008 |
|---|---|---|

| | | |
|---|---|---|
| Omissions | 52.10 WNL | 42.10 good |
| Commissions | 50.84 WNL | 36.87 good |
| Hit RT | 59.13 WNL | 54.76 WNL |
| Hit RT SE | 49.98 WNL | 49.18 WNL |
| Variability | 51.99 WNL | 48.79 WNL |
| Detectability | 51.99 WNL | 33.80 very good |
| Response Style | 47.74 WNL | 51.24 WNL |
| Perseverations | 45.77 WNL | 45.77 WNL |
| Hit RT Block | 68.68 Atypical | 48.39 WNL |
| Hit SE Block | 75.64 Atypical | 49.42 WNL |
| Hit RT ISI | 46.69 WNL | 40.21 WNL |
| Hit SE ISI Change | 54.63 WNL | 52.19 WNL |

**Boston Naming Test**
May2006 =
June 2005: 55/60
June 2008 = 55/60
August 2008 =55/60

**FAS**
January 2005: 17
June 2005: 37
June 2008: 37
August 2008: 34

**WMS-III**
June 2005
LM I SS=10
LM II SS=12
June 2008
LM I SS=10
LM II SS=10

**Warrington Recognition Memory Test**
2008 Words 35/50

**CVLT-II**
June 2005
T1-T5: 4,5,7,8,7
Total: 31
List B: 5
Short Free: 06
Short Cued: 06
Long Free: 05
Long Cued:06
Intrusions: 08

Recognition: 16
False Pos: 09

June 2006
T1-T5: 4,7,7,6,10
Total: 34
List B: 5
Short Free: 07
Short Cued: 11
Long Free: 09
Long Cued:09
Intrusions: 02
Recognition: 16
False Pos: 02

June 2008
T1-T5: 4, 7,11,12,13
Total: 47
List B: 5
Short Free: 10
Short Cued: 9
Long Free: 8
Long Cued:10
Intrusions: 7
Repetitions: 18
Recognition: 15
False Pos: 8
Forced Choice: 16

August 2008 (alternate form)
CVLT-II
T1-T5: 4,7,7,8,11
Total: 37
List B: 5
Short Free: 9
Short Cued: 10
Long Free: 9
Long Cued:10
Intrusions: 6
Repetitions: 10
Recognition: 16
False Pos: 15
Forced Choice: 16

**Grooved Pegboard Test**
June 2005

Right Hand - 74"
Left Hand – 69"

June 2008
Right Hand - 205"
Left Hand – 106"

August 2008
Right Hand – 80"
Left Hand – 73"

**BDI-II**
June 2008: 26
August 2008: 20.5

**Personality Assessment Inventory (PAI)**

| **Profile** | | **Coefficient of Fit** |
|---|---|---|
| Schizophrenia | | 0.657 |
| Suicide history | | 0.653 |
| Cluster 4 | 0.653 | |
| Cluster 6 | 0.651 | |
| Rapists | | 0.645 |
| PIM Predicted | | 0.633 |
| Adjustment reaction | 0.629 | |
| Current suicide | | 0.624 |
| Antisocial | 0.612 | |
| Cluster 10 | 0.609 | |
| Cluster 3 | 0.596 | |
| Alcoholic | 0.594 | |
| Cluster 8 | 0.573 | |
| Mania | 0.564 | |
| Somatoform Disorder | | 0.560 |
| Random responding | | 0.528 |
| Fake Bad | 0.524 | |
| Drug abuse | 0.523 | |
| All "Mainly True" | 0.497 | |
| Prisoners | 0.468 | |
| All "Slightly True" | 0.456 | |
| All "Very True" | | 0.446 |
| Spouse abusers | 0.418 | |
| Cluster 9 | 0.290 | |
| Cluster 1 | 0.139 | |
| All "False" | 0.097 | |
| Fake Good | -0.711 | |

## Fiore, Chris

**From:** Marlene Lewis [mlewis@stopandshop.com]
**Sent:** Friday, August 29, 2008 2:16 PM
**To:** Fiore, Chris
**Subject:** Offer accepted

Please draft stips...

Best Regards,

Marlene A.M. Lewis
MAC Risk Management
Sr. Workers' Compensation Adjuster
Phone: 781-298-2662 800-288-8415 Ext. 2662
Fax: 781-348-8722
marlene.lewis@stopandshop.com
P.O Box 200001 Woodstock GA 30189

----- Forwarded by Marlene Lewis/MAC/US/Ahold on 08/29/2008 02:16 PM -----

**FAXCOM FOR NOTES** **Biscom Inc.**

| | |
|---|---|
| To: | Al Lepore Esq@14017518383 @ AFSFAX, Al Conte@14017518383 @ AFSFAX |
| cc: | cfiore@morrisonmahoney.com, Elizabeth Stringer/MAC/US/Ahold@Ahold |
| Subject: | |

**Cover Page Memo**

***MAC Risk Management, Inc.***_

**Mailing Address: P.O. BOX 200001, Woodstock, GA 30189-0400**

August 19, 2008

Dear Attorney Conte,

Please accept this letter of final settlement offer regarding your client Mrs. Georgia Zuena. The terms of the agreement are defined as such:

MAC Risk Mgmt will incur the cost of the Medicare Set-A-Side in the sum of $4581.52, we are also offering to settle all matters for an additional $175,000.00. The offer covers the wrist claim and the both claims involving your right foot/ankle.

The wrist claim valued at $10,000.00
The ankle/foot claim valued at $165,000.00

Please be advised that this offer will expire thirty days from date of receipt.

I look forward to amicably resolving this matter.

Best regards,

Marlene Lewis
Sr WC Adjuster
MAC Risk Mgmt
781-298-2662

This email message and any attachments are for the sole use of the intended recipient(s) and may contain information that is proprietary to Ahold and/or its subsidiaries (□Ahold□) or otherwise confidential or legally privileged. If you have received this message in error, please notify the sender by reply, and delete all copies of this message and any attachments. If you are the intended recipient you may use the information contained in this message and any files attached to this message only as authorized by Ahold. Files attached to this message may only be transmitted using secure systems and appropriate means of encryption, and must be secured using the same level of password and security protection with which the file was provided to you. Any unauthorized use, dissemination or disclosure of this message or its attachments is strictly prohibited.