# EXHIBIT 5

CURRICULUM VITAE

**DATE PREPARED:** August 14, 2008

**PART I: General Information**

**Name:** MARGARET GILBRIDE O'CONNOR

**Home Address:** 18 Knowles Street
Newton, MA 02459 United States

**Office Address:** Beth Israel Deaconess Medical Center
330 Brookline Avenue
Behavioral Neurology Unit
Boston, MA 02215 United States
**Phone:** (617) 667-4068
**Email:** moconnor@bidmc.harvard.edu
**Fax:** (617) 667-7981
**Place of Birth:** Boston, Massachusetts

**Education:**

| | |
|---|---|
| 1979 | B.A. (Psychology), Magna cum laude, Duke University |
| 1987 | PH.D. (Clinical Psychology), Boston University |

**Postdoctoral Training:**

| | |
|---|---|
| 01/86-12/87 | Intern in Neuropsychology, Brown University |

**Licensure and Certification:**

| | |
|---|---|
| 1988 | Massachusetts Registered Psychologist |
| 1999 | American Board of Professional Psychology Diplomate in Clinical Neuropsychology |

**Academic Appointments:**

| | |
|---|---|
| 1987-1991 | Lecturer in Neurology (Neuropsychology), Harvard Medical School, Boston, MA |
| 1989-2003 | Assistant Professor of Neurology, Boston University Medical School, Neurology Department, Boston, MA |
| 1991-1997 | Instructor in Neurology (Neuropsychology), Harvard Medical School, Boston, MA |
| 1992-1999 | Faculty, Massachusetts School of Professional Psychology, Boston, MA |
| 1997- | Assistant Professor of Neurology (Neuropsychology), Harvard Medical School, Boston, MA |
| 1998-2003 | Adjunct Faculty, Harvard College, Boston, MA |
| 2007- | Associate Professor of Neurology, Harvard Medical School, Boston, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 01/84-12/85 | Practicum in Psychology, Department of Psychology, Kennedy Memorial Hospital, Boston, MA |
| 01/85-12/86 | Practicum in Neuropsychology, Department of Psychology, V.A. Medical Center, Boston, MA |
| 01/86-12/87 | Intern in Neuropsychology, Department of Psychology, Brown University, Providence, RI |
| 01/87-12/94 | Clinical Neuropsychologist, Department of Neurology, Beth Israel Hospital, Boston, MA |
| 01/89-12/03 | Research Psychologist, Department of Neurology, Boston University Medical School, Boston, MA |
| 01/90-12/93 | Staff Psychologist, New England Sinai Hospital, Stoughton, MA |
| 01/94-12/95 | Acting Director of Neuropsychology, Department of Neurology, Beth Israel Hospital, Boston, MA |
| 01/95- | Director of Neuropsychology, Behavioral Neurology Unit, Department of Neurology, Beth Israel Deaconess Medical Center, Boston, MA |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1977-1978 | Research Assistant, Department of Psychology, Duke University, Durham, NC |
| 1980-1985 | Research Assistant, Department of Neurology, Boston University School of Medicine, Boston, MA |
| 1989-1997 | Principal Investigator, Single Case Study Section, Memory Disorders Research Center, Boston University School of Medicine, Boston, MA |
| 1998- | Member, Advisory Committee to the Registrar, Registry of Motor Vehicles, Boston, MA |
| 1999-2000 | Member of Small Business Innovative Research Study Section, National Institutes of Health |
| 2001- | Member, Program Committee, International Neuropsychological Society, 29th Annual Meeting |
| 2003- | Member, Medical & Scientific Advisory Committee, Alzheimer's Association Massachusetts Chapter, Boston, MA |
| 2003 | Member, Program Committee, International Neuropsychological Society, 31st Annual Meeting |
| 2004- | Member, National Older Driving Safety Advisory Council |
| 2006 | Grant Reviewer, Medical & Scientific Affairs, Alzheimer's Association |
| 2007- | Board Examiner, American Board of Clincal Neuropsychology, Chicago, Ill |

**Hospital and Health Care Organization Clinical Service Responsibilities:**

| | |
|---|---|
| 1987- | Neuropsychologist at the Behavioral Neurology Unit, Beth Israel Deaconess Medical Center |

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1994-1995 | Acting Director of Neuropsychology, Beth Israel Hospital |
| 1995- | Director of Neuropsychology, Behavioral Neurology Unit, Department of Neurology, Beth Israel Deaconess Medical Center |
| 1996-1997 | Director, Clinical Core Section, NINDS Program Project, Memory Disorders Research Center, Boston University/V.A. Hospital |

**Major Committee Assignments:**

**Regional**

| | |
|---|---|
| 1997- | Medical Advisory Board, Commonwealth of Massachusetts Registry of Motor Vehicles |
| 1998- | Advisory Committee to the Registrar, Commonwealth of Massachusetts Registry of Motor Vehicles |
| 1999- | Medical & Scientific Advisory Committee, Alzheimer's Association, Massachusetts Chapter |

**National**

| | |
|---|---|
| 1999-2000 | Small Business Innovative Research Study Section, National Institute of Health |
| 2006 | Medical and Scientific Affairs, Alzheimer's Association |

**International**

| | |
|---|---|
| 2001- | Program Committee for 29th Annual Meeting, International Neuropsychological Society |
| 2003 | Program Committee for the 31st Annual Meeting, International Neuropsychological Society |

**Professional Societies:**

| | |
|---|---|
| 1987- | International Neuropsychology Society, Member |
| 1989- | Memory Disorders Research Society, Principal Investigator |
| 1989- | American Psychological Association, Member |
| 1989-2000 | Massachusetts Neuropsychological Society, Member |
| 1990-2000 | American Epilepsy Society, Member |
| 1999- | American Board of Professional Psychology, Member, Committee Assignment |
| 2004-2006 | Association for Convulsive Therapy, Member |
| 2006- | National Academy of Neuropsychology, Member |

**Editorial Boards:**

| | |
|---|---|
| 1987-1996 | Ad-Hoc Reviewer, Neuropsychology |
| 1996- | Ad-Hoc Reviewer, Neuropsychiatry, Neuropsychology, and Behavioral Neurology |
| 1996-2007 | Consulting Editor, Neuropsychology |
| 1999- | Ad-Hoc Reviewer, Brain and Cognition |
| 1999- | Ad-Hoc Reviewer, Epilepsy and Behavior |
| 2006- | Consulting Editor, Neuropsychological Review |

**Awards and Honors:**

| | |
|---|---|
| 1974 | Dean's List, Smith College |
| 1979 | Magna Cum Laude, Duke University |

**Part II: Research, Teaching, and Clinical Contributions**

**A. Narrative report of Research, Teaching, and Clinical Contributions**

As a clinician my research has been guided largely by the patients with whom I work with an overall focus on the neural substrates of memory and perception. In the past I conducted lesion analytic studies with patients who sustained damage to the hippocampus and associated cortices. In a number of case study reports I described very unusual amnestic patients. In one study I provided a detailed description of a unique dissociation between anterograde and retrograde memory in a patient who sustained temporal brain damage secondary to Herpes Simplex Encephalitis. In another study I demonstrated that delusional memories, in the form of Capgras syndrome, were related to the new onset of damage to frontal neural systems. In a third study, I conducted a careful analysis of the relationship between seizure frequency and forgetting. All of these studies represented significant contributions to the field of cognitive neuroscience broadening our understanding of the neural underpinnings of various components of memory. More recently my research has focused on the effects of epilepsy, transcranial magnetic stimulation and electroconvulsive therapy (ECT) on memory consolidation. This work was funded by the NARSAD foundation. It is my intention to apply for future funding in this area. My specific plan is to adapt animal paradigms, developed to study consolidation in non-human primates, for use with patients undergoing ECT. While the majority of my research has focused on memory, my clinical orientation has prompted me to investigate other neurocognitive issues including prosopagnosia and driving competence.

Teaching activities are a critical component of my work as a psychologist. I participate in the teaching activities of the Department of Neurology which include leading a weekly neuropsychology seminar and lecturing medical students and residents in a variety of hospital based courses. I am often asked to give lectures to community groups regarding topics of interest such as memory and driving competence. I taught a cognitive neuroscience course at Harvard College for five years and a clinical neuropsychology course at the Massachusetts School of Professional Psychology for five years. In both settings I received very positive feedback from students. Over the course of the past 20 years I have mentored over 40 pre-doctoral and post-doctoral neuropsychology trainees.

As Director of Neuropsychology in the Department of Neurology at Beth Israel Deaconess Medical Center I oversee the clinical work of five neuropsychologists, three neuropsychology post doctoral fellows, and five clinical psychology practica students. In addition I provide direct services for patients who suffer from dementia, epilepsy, multiple sclerosis, and developmental learning disabilities. My primary clinical goal is to enhance the quality of life for each patient. I tailor evaluations to the specific problems and needs of the individual patient. I routinely receive very positive feedback from referring physicians and patients regarding my clinical work. I attend continuing education courses and I sought diplomate status in my field as a way of maintaining and enhancing my clinical expertise. After 20 years of service, I continue to find clinical work emotionally and intellectually satisfying.

**B. Funding Information**

| | |
|---|---|
| 1989-1996 | Co-P.I., NINDS, Information Processing in Amnesia |
| 1996-1997 | P.I., Parke-Davis, Therapeutic use of Cognex in patients with memory deficits secondary to rupture and surgical repair of anterior communicating artery aneurysms |
| 1998-2001 | Consultant, NIH, 1RO1-MH5790, Transcranial Magnetic Stimulation in Depression |
| 1998-2001 | Consultant, NIH, 1RO1-EY12091-01, Neural Plasticity Associated with Braille Learning |
| 1999-2001 | P.I., NARSAD Foundation, A Naturalistic Investigation of ECT and TMS in Treatment of Depression |
| 2002-2004 | P.I., NARSAD Foundation, The Relative Effects of ECT on Memory Consolidation |
| 2003-2008 | Consultant, NIH-NEI, RO1-MH069898, Perceptual Encoding and Imagery in Prosopagnosia |
| 2003-2007 | Consultant, NIH-NEI, RO1-EY12091, Neural Plasticity in the Adjustment to Blindness |
| 2007-2009 | P.I., National Parkinson's Foundation, Interventions to Promote Safe Driving in Patients with Parkinson's Disease |

## D. Report of Teaching

### 1. Local contributions

#### a. Medical School Courses

1998-2003 Neuropsychologyical Investigations of Memory

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 12 Medical Students | 3 hours/week for 1 week(s) | 4 hours/week for 1 week(s) |

2002- Cambridge Hospital Advanced Neurology Lecture Series

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 10 Medical Students | 1 hours/year for 1 year(s) | 3 hours/year for 1 year(s) |

#### b. Graduate Medical Courses

1987-1997 Memory Disorders Research Conference

| | | *contact time* | *prep time* |
|---|---|---|---|
| Tutor | 13 Graduate Students<br>6 Other Students | 8 hours/year for 1 year(s) | 20 hours/year for 1 year(s) |

1992-1997 Introduction to Neuropsychology (MSPP)

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 15 Graduate Students | 12 hours/year for 1 year(s) | 48 hours/year for 1 year(s) |

1994- Human Neuropsychology

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 6 Graduate Students<br>15 Post-doc Students | 2 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

1994-2003 Neuropsychology

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 10 Graduate Students | 3 hours/year for 1 year(s) | 9 hours/year for 1 year(s) |

1999- Assessment of Memory Problems

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 5 Post-doc Students<br>5 Other Students | 1 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

2000- Assessment of Memory and Dementia

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 10 Residents | 1 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

2000- Dementia: Neuropsychological Profiles

| | | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | | 1 hours/year | 6 hours/year |

| | | | | |
|---|---|---|---|---|
| | | 10 Residents | for 1 year(s) | for 1 year(s) |

2003 False Memory Syndromes

| | | | *contact time* | *prep time* |
|---|---|---|---|---|
| | Lecturer | 20 Graduate Students | 2 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

2005 Driving and Dementia: The Drivewise Program

| | | | *contact time* | *prep time* |
|---|---|---|---|---|
| | Lecturer | 30 Graduate Students | 1 hours/year for 1 year(s) | 6 hours/year for 1 year(s) |

**c. Local Invited Presentations**

**Grand Rounds**

1995 Psychodynamic and Neuropsychological Factors Associated with Capgras Syndrome, Beth Israel Hospital, Psychiatry Department

1995 Profiles of Amnesia, Beth Israel Hospital, Psychiatry Department
Lecturer: 30 participants, 1 hour contact time per year, 3 hours prep time per year

1995 Bedside Evaluation of Dementia, Beth Israel Hospital
Lecturer: 30 participants, 1 hour contact time per year, 3 hours prep time per year

1996 Rate of forgetting in association with paraneoplastic limbic encephalitis and temporal lobe epilepsy, Brigham and Women's Hospital, Boston

1998 A Neuropsychological Investigation of Confabulation, Brigham and Women's Hospital, Boston

2004 Early Recognition of Alzheimer's Disease: A Missed Opportunity?, New England Baptist Hospital
Lecturer: 40 participants, 1 hour contact time per year, 6 hours prep time per year

2006 The Neuropsychology of Epilepsy, Psychology Department, Tewksbury Hospital, Massachusetts
Lecturer: 60 participants, 1 hour contact time per year, 6 hours prep time per year

**Lecture**

1990 MMPI/MMPI-2: A Comparison Study with Amnesic Patients, American Psychological Association, Boston, MA
Lecturer: 200 participants, 1 hour contact time per year, 10 hours prep time per year

1993 An Investigation of Anterograde and Retrograde Memory Functions, Massachusetts Neuropsychological Society, Boston
Lecturer: 150 participants, 1 hour contact time per year, 10 hours prep time per year

1996 Neuropsychology of Alzheimer's Disease and Aging, Mediplex Nursing Home
Lecturer: 25 participants, 1 hour contact time per year, 3 hours prep time per year

1998 Neuropsychological Profiles in Dementia, South Shore Coalition of Elders
Lecturer: 40 participants, 1 hour contact time per year, 3 hours prep time per year

2003 Mind/Brain/Behavior Symposium - Memory Disorders: Human Amnesic and False Memory Syndromes, Harvard College
Lecturer: 20 participants, 1 hour contact time per year, 6 hours prep time per year

2005 Studies of Remote Memory and ECT, Behavioral Neurology Conference, Beth Israel Deaconess Med Ctr
Lecturer: 30 participants, 1 hour contact time per year, 6 hours prep time per year

2005 The Effects of Epilepsy and ECT on Consolidation, Psychiatry Research Meeting; Beth Israel Deaconess Med Ctr
Lecturer: 15 participants, 1 hour contact time per year, 6 hours prep time per year

2006 Neuropsychological Assessment of Memory, Massachusetts Institute of Technology
Lecturer: 20 participants, 1 hour contact time per year, 6 hours prep time per year

2006 Age-Related Memory Decline or Pathological Forgetting? Latest Developments, Margolis & Associates, Boston, MA
Lecturer: 30 participants, 1 hour contact time per year, 6 hours prep time per year

**Psychiatry Research Rounds**

2007- Effects of ECT on Memory, Beth Israel Deaconess Medical Center
Attending: 20 participants, 20 hours contact time per year, 6 hours prep time per year

**Psychology Colloquium**

2005 Driving and Dementia: The Drivewise Program, Psychiatry Department, Suffolk University, Boston
Lecturer: 30 participants, 1 hour contact time per year, 6 hours prep time per year

**Seminar**

1987 Topics in Cognitive Neurosciences, Beth Israel Hospital
Lecturer: 20 participants, 2 hours contact time per week, 6 hours prep time per week

1989-1994 Psychological Testing, Beth Israel Hospital
Lecturer: 6 participants, 2 hours contact time per week, 6 hours prep time per week

1995 Behavioral Neurology Seminar, McLean Hospital
Lecturer: 15 participants, 1 hour contact time per year, 3 hours prep time per year

1997 The Impact of SLE on the CNS of African American Women, Codman Square Health Center, Boston
Lecturer: 30 participants, 1 hour contact time per year, 6 hours prep time per year

1998 Memory Deficits Associated with Epilepsy, Epilepsy Foundation of Massachusetts and Rhode Island
Lecturer: 50 participants, 1 hour contact time per year, 6 hours prep time per year

2005 Driving and Dementia, Boston University Medical School, Alzheimer's Research Seminar Series
Lecturer: 40 participants, 1 hour contact time per year, 6 hours prep time per year

2006 Neuropsychological Testing, Beth Israel Deaconess Medical Center, Fall '06 Seminars for Medical Interpreters
Attending: 20 participants, 1 hour contact time per year, 6 hours prep time per year

2008- Maintaining Safety in Driving with Parkinson's disease, Beth Israel Deaconess Medical Center
Lecturer: 60 participants, 1 hour contact time per year, 4 hours prep time per year

**d. Continuing Medical Education Courses**

1991-1995 Psychological Aspects of Medical Illness
Lecturer: 100 participants, 1 hour contact time per year, 6 hours prep time per year

1994-2004 Neurology of Behavior
Lecturer: 150 participants, 1 hour contact time per year, 6 hours prep time per year

1998-2002 Contemporary Applications of Neuropsychological Testing: Strategies in the Assessment of Memory in Young Adults
Lecturer: 100 participants, 1 hour contact time per year, 6 hours prep time per year

1999-2004 Applications of Transcranial Magnetic Stimulation
Lecturer: 10 participants, 1 hour contact time per year, 6 hours prep time per year

2002-2004 Review of Geriatric Medicine
Lecturer: 200 participants, 1 hour contact time per year, 6 hours prep time per year

**e. Advisory and Supervisory Responsibilities in Clinical or Laboratory Setting**

1987- 3 Psychology Fellows for 150 hrs/year, Clinical Supervisor, Harvard Medical School

1994- 2 Psychology Practicum Students for 100 hrs/year, Clinical Supervisor, Behavioral Neurology Unit, Beth Israel Deaconess Medical Center

1995- 4 Graduate Students for 200 hrs/year, Clinical Advisor, Massachusetts School of Professional Psychology

**f. Leadership Roles**

1987- Postdoctoral Fellowship in Neuropsychology, Massachusetts Mental Health Center/Beth Israel Deaconess Medical Center
Responsibility: Co-Director
Special Accomplishments: I have mentored 15 neuropsychology fellows in their clinical work. This has entailed direct clinical oversight and didactic training.

1994- Practicum Training, Division of Behavioral Neurology, Beth Israel Deaconess Medical Center
Responsibility: Director
Special Accomplishments: I have mentored approximately 15 students who have been involved in clinical neuropsychological testing and in learning about clinical neurology and neuropsychological theory.

1994- Behavioral Neuroscience Lecture Series, V.A. Hospital, Boston
Responsibility: Co-organizer

1994-1995 Neuropsychology Seminar, Beth Israel Hospital
Responsibility: Organizer

**g. Advisees/Trainees**

| *Training Duration* | *Name* | *Current Position* |
|---|---|---|
| 1990-1992 | Anthony Bolton | Director of Neuropsychology, Department of Neurology, Stony Brook |
| 1990-1992 | Dara Manoach | Associate Professor, Harvard Medical School, Massachusetts General Hospital |
| 1999-2000 | Audrey Sherman | Clinical Neuropsychologist St. Vincent's Hospital |
| 1999-2000 | Nancy Madigan | Instructor, Harvard Medical School |
| 1999-2000 | Amy Morgan | Staff Neuropsychologist, Massachusetts General Hospital |
| 2000-2001 | Margaret Lanca | Director of Neuropsychology, The Cambridge Hospital |
| 2001-2002 | Eve Valera | Assistant Professor, Harvard Medical School |
| 2001-2003 | Sangeeta Dey | Staff Neuropsychologist at North Shore Children's Hospital |
| 2001-2002 | Sara Hoffschmidt | Instructor, Harvard Medical School |
| 2001-2003 | Geoffrey Schnirman | Clinical Neuropsychologist, NeuroHealth, Warwick, RI |
| 2002-2003 | Beth Jerskey | Research Fellow Brown University |
| 2002-2003 | Michael Hall | Neuropsychologist, Licensed Psychologist; Adjunct Professor of Psychology at Ohio State University |
| 2002-2003 | Simon Tan | Staff Neuropsychologist, Stanford University Medical Center |
| 2003-2005 | Bonnie Wong | Instructor, Harvard Medical School |
| 2003-2005 | Nancy Viscovich | Pediatric Neuropsychologist at Dean Medical Center, Madison, WI |
| 2003-2004 | Uraina Clark | Clinical Psychology Intern at Brown University Medical School |
| 2003-2005 | Erin K. Hill | Clinical Neuropsychologist, Beth Israel Deaconess Medical Center/Private Practice |
| 2004-2005 | Matthew Panizzon | Psychology Intern at UC San Diego |
| 2004-2005 | Christen Deveney | Clinical Psychology Practicum Student at McLean Hospital |
| 2005-2006 | Jocelyn Winzer | Staff Neuropsychologist, Mount Auburn Hospital |
| 2005-2006 | Danae Perez-Cahill | Staff Neuropsychologist, Beth Israel Deaconess Medical Center |
| 2005-2007 | Saumya Sharma | Staff Neuropsychologist, the Hallowell Center |

| | | |
|---|---|---|
| 2005-2007 | Brian Lebowitz | Staff Neuropsychologist, SUNY Stony Brook Medical Center |
| 2006-2008 | Courtney Burandt | Staff Neuropsychologist, Andover MA |
| 2006-2007 | Lisa Iguchi | Research Psychologist |
| 2007-2009 | Emily MacKillop | Assistant Professor, University of Georgia |

**2. Regional, national, or international contributions**

**a. Invited Presentations**

**National**

1987 The Effects of Self-Reference on Depressives' Perceptual Identification and Recognition of Verbal Stimuli, International Neuropsychological Society, Washington, DC*[Invited Lecture]*

1995 The Remote Memory Abilities of Patients with Rupture and Surgical Repair of Anterior Communicating Artery Aneurysms, International Neuropsychological Society, Seattle, WA*[Invited Lecture]*

2000 A Comparison of TMS and ECT in the Treatment of Patients with Major Depressive Disorder, NARSAD Young Investigator Scientific Symposium in New York City *[Invited Lecture]*

2003 Investigations of Remote Memory, New York Neuropsychological Society Annual Meeting, New York*[Invited Lecture]*

2003 Cognitive Remediation and Social Skills Training in Patients with Temporal Lobe Epilepsy, American Epilepsy Association Annual Meeting*[Invited Lecture]*

2004 DriveWise: The development of a multi-disciplinary approach to the assessment of driving competence for patients with dementia, American Society for Aging Annual Meeting, San Francisco*[Invited Lecture]*

2005 An Update on a Clinical Driving Assessment Program, American Society for Aging Annual Meeting, Philadelphia*[Invited Lecture]*

2005 The Effect of Cardiac Bypass Surgery on Cognition, American Psychiatric Association Annual Meeting, Atlanta, Georgia*[Invited Lecture]*

**International**

1995 The Relative Roles of Frontal/Executive and Facial Memory in the Genesis of Capgras Syndrome., Memory Disorders Research Society, Cambridge, England*[Invited Lecture]*

1998 Memory and Aging, International Neuropsychological Society, Honolulu, HI*[Invited Lecture]*

**Part III: Bibliography**

**Original Articles**


1. Cermak LS, O'Connor MG. The anterograde and retrograde retrieval ability of patient with amnesia due to encephalitis. Neuropsychologia. 1983;21:213-214.
2. Cermak LS, O'Connor MG, Talbot N. The biasing of alcoholic Korsakoff patients' semantic memories. Journal of Clinical and Experimental Neuropsychology. 1986;8:543-556.
3. Cermak LS, Blackford SP, O'Connor MG, Bleich RP. The implicit memory ability of a patient with amnesia due to encephalitis. Brain and Cognition. 1988;7:136-146.
4. O'Connor MG, Butters N, Miliotis P, Eslinger P, Cermak LS. The dissociation between anterograde and retrograde amnesia in a patient with herpes encephalitis. Journal of Clinical and Experimental Neuropsychology. 1992;14:159-178.
5. O'Connor MG. Neuropsychological investigations of multiple sclerosis: a clinical perspective. Clin Neurosci. 1994;2(3-4):225-8.
6. Ahern GL, O'Connor M, Dalmau J, Coleman A, Posner JB, Schomer DL, Herzog AG, Kolb DA, Mesulam MM. Paraneoplastic temporal lobe epilepsy with testicular neoplasm and atypical amnesia. Neurology. 1994;44(7):1270-4.
7. Schachter SC, Bolton A, Manoach D, O'Connor MG, Weintraub S, Blume H, Schomer DL. Handedness in patients with intractable epilepsy: Correlations with side of temporal lobectomy and gender. Journal of Epilepsy. 1995;8:190-192.
8. O'Connor MG, Walbridge M, Sandson T, Alexander M. A neuropsychological analysis of Capgras syndrome. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1996;9 (4):265-271.
9. Manoach DS, O'Connor M, Weintraub S. Absence of neglect for mental representations during the intracarotid amobarbital procedure. Arch Neurol. 1996;53(4):333-6.
10. Sandson TA, O'Connor M, Sperling RA, Edelman RR, Warach S. Noninvasive perfusion MRI in Alzheimer's disease: a preliminary report. Neurology. 1996;47(5):1339-42.
11. D'Esposito M, Alexander MP, Fischer R, McGlinchey-Berroth R, O'Connor M. Recovery of memory and executive function following anterior communicating artery aneurysm rupture. J Int Neuropsychol Soc. 1996;2(6):565-70.
12. Johnson MK, O'Connor M, Cantor J. Confabulation, memory deficits, and frontal dysfunction. Brain Cogn. 1997;34(2):189-206.
13. O'Connor M, Sieggreen MA, Ahern G, Schomer D, Mesulam M. Accelerated forgetting in association with temporal lobe epilepsy and paraneoplastic encephalitis. Brain Cogn. 1997;35 (1):71-84.
14. Bachna K, Sieggreen MA, Cermak L, Penk W, O'Connor M. MMPI/MMPI-2: comparisons of amnesic patients. Arch Clin Neuropsychol. 1998;13(6):535-42.
15. Safer JD, O'Connor MG, Colan SD, Srinivasan S, Tollin SR, Wondisford FE. The thyroid hormone receptor-beta gene mutation R383H is associated with isolated central resistance to thyroid hormone. J Clin Endocrinol Metab. 1999;84(9):3099-109.
16. Verfaellie M, O'Connor M. A neuropsychological analysis of memory and amnesia. Semin Neurol. 2000;20(4):455-62.
17. O'Connor MG, Sieggreen MA, Bachna K, Kaplan B, Cermak LS, Ransil BJ. Long-term retention of transient news events. J Int Neuropsychol Soc. 2000;6(1):44-51.
18. Weintraub S, Peavy GM, O'Connor M, Johnson NA, Acar D, Sweeney J, Janssen I. Three words three shapes: A clinical test of memory. J Clin Exp Neuropsychol. 2000;22(2):267-78.

19. Halpern AR, O'Connor MG. Implicit memory for music in Alzheimer's disease. Neuropsychology. 2000;14(3):391-7.
20. Mimura M, Kinsbourne M, O'Connor M. Time estimation by patients with frontal lesions and by Korsakoff amnesics. J Int Neuropsychol Soc. 2000;6(5):517-28.
21. Stickgold R, Malia A, Maguire D, Roddenberry D, O'Connor M. Replaying the game: hypnagogic images in normals and amnesics. Science. 2000;290(5490):350-3.
22. Keenan JP, Nelson A, O'Connor M, Pascual-Leone A. Self-recognition and the right hemisphere. Nature. 2001;409(6818):305.
23. Barton JJ, Cherkasova M, O'Connor M. Covert recognition in acquired and developmental prosopagnosia. Neurology. 2001;57(7):1161-8.
24. Barton JJ, Press DZ, Keenan JP, O'Connor M. Lesions of the fusiform face area impair perception of facial configuration in prosopagnosia. Neurology. 2002;58(1):71-8.
25. Barton JJ, Cherkasova MV, Press DZ, Intriligator JM, O'Connor M. Developmental prosopagnosia: a study of three patients. Brain Cogn. 2003;51(1):12-30.
26. Lanca M, Jerskey BA, O'Connor MG. Neuropsychologic assessment of visual disorders. Neurol Clin. 2003;21(2):387-416.
27. O'Connor M, Brenninkmeyer C, Morgan A, Bloomingdale K, Thall M, Vasile R, Leone AP. Relative effects of repetitive transcranial magnetic stimulation and electroconvulsive therapy on mood and memory: a neurocognitive risk-benefit analysis. Cogn Behav Neurol. 2003;16(2):118-27.
28. O'Connor MG, Lafleche GM. Retrograde amnesia in patients with rupture and surgical repair of anterior communicating artery aneurysms. J Int Neuropsychol Soc. 2004;10(2):221-9.
29. O'Connor MG, Ly J, Panizzon MS, Elkin Franskton S, Dey S, Thall M, Pearlman C, Bloomingdale K. Retrograde amnesia following treatment with ECT. Journal of ECT. 2005; (Submitted).
30. O'Connor MG, Jerskey BA, Robertson EM, Brenninkmeyer C, Ozdemir E, Leone AP. The effects of repetitive transcranial magnetic stimulation (rTMS) on procedural memory and dysphoric mood in patients with major depressive disorder. Cogn Behav Neurol. 2005;18(4):223-7.
31. Halpern AR, Ly J, Elkin-Frankston S, O'Connor MG. I know what I like: Stability of aesthetic prefernce in Alzheimer's patients. Brain and Cognition. 2007.
32. O'Connor MG, Lebowitz BK, Ly J, Panizzon MS, Elkin-Frankston A, Dey S, Bloomingdale K, Thall M, Pearlman C. A dissociation between anterograde and retrograde amnesia after treatment with electroconvulsive therapy: A naturalistic investigation. Journal of ECT. 2008;24(2):146-151.
33. O'Connor MG, Kapust LR, Hollis A. DriveWise: An interdisciplinary hospital based driving assessment program. Gerontology and Geriatrics Education. 2008;in press.
34. Nelson AP, O'Connor MG. Mild Cognitive Impairment: A neuropsychology perspective. CNS Spectrum. 2008;13(1):56-64.

**Reviews/Chapters/Editorials**

1. Cermak LS, O'Connor MG. Mnemonic retraining of organic memory disorders. In: Perspectives in Cognitive Neuropsychology. Denes G, Semenza C, Bisiacchi P, Andrewsky E, eds. Hillsdale: Lawrence Erlbaum Associates;1985.
2. O'Connor MG, Cermak LS. The rehabilitation of organic memory disorders. In: The Neuropsychology of Rehabilitation. Meier M, Diller D, Benton A, eds. London: Churchill Livingstone;1986.

3. O'Connor MG. The effects of self reference on depressives' perceptual identification and recognition of verbal stimuli [Dissertation]. Boston University. 1987.
4. O'Connor MG. The clinical evaluation of memory functions. In: Neurology Neurosurgery Update. Scheinberg P, ed. Princeton: Continuing Professional Education Center;1989. p. 2-8.
5. Weinstein A, Moes E, O'Connor MG. The management of Memory Disorders. Houston: HDI. 1989.
6. O'Connor MG. Theories of memory and amnesia. In: Neurology Neurosurgery Update. Scheinberg P, ed. Princeton: Continuing Professional Education Center;1989. p. 2-8.
7. O'Connor MG, Verfaillie M, Cermak L. Clinical subtypes of amnesia. In: Handbook of Memory Disorders. Baddeley A, ed. London: Wiley;1995.
8. O'Connor MG, Cermak LS, Seidman L. Emotional characteristics of a patient with amnesia due to encephalitis. In: Broken Memories. Conway M, Campbell B, eds. Oxford: Blackwell Publishers;1995.
9. Butters N, O'Connor MG, Verfaellie M. Further investigation of nonverbal memory, retrograde amnesia and visual imaging problems. In: Broken Memories. Conway M, Campbell B, eds. Oxford: Blackwell Publishers;1995.
10. O'Connor MG. Neuropsychological investigations of multiple sclerosis: A clinical perspective. Journal of Clinical Neuroscience. 1995.
11. Hayashi PJ, O'Connor MG. Neuropsychological Aspects of Epilepsy. In: Comprehensive Evaluation and Treatment of Epilepsy. Schachter S, Schomer D, ed. Academic Press;1997.
12. O'Connor MG, Morin MD. Amnesic Syndromes. In: Clinical Neuropsychology Hospital Practice Guidebook. Snyder P, Nussbaum P, eds. Washington, DC: American Psychological Association;1998.
13. Nelson AP, O'Connor MG. Neuropsychological Assessment. In: Psychologists' Desk Reference. Koocher GP, Norcross JC, Hill SS, eds. New York: Oxford University Press;1998. p. 29-34.
14. O'Connor MG, Verfaellie M. Evaluation and management of memory disorders. In: Noseworthy JH, ed., Neurologcial Therapeutics: Principles and Practice. 2000.
15. Schomer DS, O'Connor MG, Spiers P, Seeck M, Mesulam MM, Bear D. Temporal lobe epilepsy and behavior. In: Priniciples of Behavioral and Cognitive Neurology, Mesulam MM, ed. New York: Oxford University Press;2000.
16. Sherman A, O'Connor MG. Memory problems and rehabilitation. In: International Encyclopedia of Social and Behavioral Sciences. Elsevier Press;2001.
17. O'Connor MG, Kaplan E. Age-related changes in memory. In: The Handbook of Adult Development. Demick J, Andreoletti C, eds. New York: Plenum Press;2002.
18. O'Connor MG, Verfaellie M. The amnesic syndrome: Overview and subtypes. In: The Handbook of Memory Disorders, Baddeley A, Kopleman MD, Wilson BA, eds. London: John Wiley and sons;2002.
19. O'Connor MG. Book Review of Eichenbaum H, The Cognitive Neuroscience of Memory. Cognitive and Behavioral Neurology. 2003.
20. Lanca M, Jerskey BA, O'Connor MG. Neuropsychological assessment of visual disorders. In: Neurological Clinics of North America, Rizzo M, Barton J, eds. 2003.
21. O'Connor MG, Lafleche G. Amnesic Syndromes. In: Clinical Neuropsychology Hospital Practice Guidebook; Snyder P, Nussbaum P, eds. Washington, DC: American Psychological Association;2005.
22. O'Connor MG, Verfaellie M. Evaluation and management of memory disorders. In: Neurological Therapeutics: Principles and Practice Noseworthy JH, ed. 2006.

**Educational Materials**

1. O'Connor MG. The effects of self reference on depressives' perceptual identification and recognition of verbal stimuli [Dissertation]. Boston University. 1987.

**Thesis**

1. O'Connor MG. The effects of self reference on depressives' perceptual identification and recognition of verbal stimuli. Boston: Boston University;1987.

**Abstracts**

1. Schachter S, Bolton A, Manoach D, O'Connor MG, Weintraub S, Blume H, Schomer D. Handedness, sex, and side of temporal lobectomy. Epilepsia. 1993;34(Suppl 6):82.
2. Cantor J, O'Connor MG. The Transient Events Test: a measure of retrograde memory. Massachusetts Neuropsychological Society. 1993.
3. Bolton A, Schindler R, Rajaram S, Valillancourt P, O'Connor M. Amnesic syndrome in a case of circumscribed hypothalamic tumor. Neurology. 1994;44(Suppl 2):268.
4. Kixmiller J, O'Connor M, Cermak LS. Profiles of amnesia on the WMS-R. Massachusetts Neuropsychological Society. 1994.
5. Walbridge M, O'Connor MG. The contribution of frontal systems dysfunction to confabulation. Massachusetts Neuropsychological Society. 1994.
6. D'Esposito M, Alexander MP, Verfaellie M, McGlinchey-Berroth, O'Connor MG, Walbridge M. The mechanisms of retrograde amnesia depends on the region of brain injury. Neurology. 1994;44 (Suppl 2):1002.
7. Kixmiller J, Zarella M, O'Connor M. Differentiation of amnesic subgroups using savings scores from the Rey Complex Figure Test and WMS-R. National Academy of Neuropsychology. 1995.
8. Kixmiller J, Verfaellie M, O'Connor M, Cermak LS. Differences in short term verbal retention among amnesic subgroups. American Psychological Association meeting. 1995.
9. Weintraub S, O'Connor M, Peavy GM, Guinessey J, Acar D, Kessenich M, Jansen I. Three Words-Three Shapes Test: Performance of patients with Alzheimer's disease, Korsakoff amnesics, and control subjects. International Neuropsychological Society. 1996.
10. Coriat BE, O'Connor MG, Bachna K. Investigations of remote memory abilities of patients with Probable Alzheimer's disease. Massachusetts Neuropsychological Society. 1997.
11. Bachna K, O'Connor MG. The contribution of working memory to temporal estimation. Massachusetts Neuropsychological Society. 1997.
12. Greenblatt D, O'Connor MG, Verfaellie M, Schomer D. The remote memory abilities of post-lobectomy patients. American Epilepsy Society. 1997.
13. Greenblatt D, O'Connor MG, Hayashi P, Verfaellie M. The status of retrograde amnesia in post-lobectomy patients. Massachusetts Neuropsychological Society. 1997.
14. O'Connor M, Morin M, Greenblatt D, Doherty R, Cahn G, Verfaellie M. Performance of temporal lobe epilepsy patients on tests of remote memory. International Neuropsychological Society. 1999.
15. O'Connor M, Sieggreen M, Kaplan B, Cermak L, Ransil B. The effects of age and sex on retention of events in long term memory. International Neuropsychological Society. 1999.
16. O'Connor MG. A naturalistic comparison of the effects of ECT and TMS on mood and cognition.

NARSAD Scientific Symposium. 2000.

17. Morgan A, Warde A, Brenninkmeyer C, Pascual-Leone A, O'Connor M. The effects of ECT and TMS on rate of forgetting. Massachusetts Neuropsychological Society. 2000.
18. O'Connor MG, Brenninkmeyer C, Ozdemir E, Fumiko M, Keenan J, Freund S, Pascual-Leone A. The effects of repetitive transcranial magnetic stimulation (rTMS) on mood and procedural learning in patients with Major Depressive Disorder. Massachusetts Neuropsychological Society. 2000.
19. Dey S. O'Connor M, Ott B. Just because I got lost doesn't mean I can't drive. 33rd annual meeting of the International Neuropsychological Society in St. Louis, Missouri. 2005.
20. Lebowitz, B.K., O'Connor, M.G, Ly, J., Panizzon, M., Elkin-Frankston, S., Dey, S., Bloomingdale, K., Thall, M. Retrograde Memory for Words Following ECT. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Philadelphia, PA. 2006.
21. Namji S, Deveney C, Kapust L, Hollis A, O'Connor M. 34th annual meeting of the International Neuropsychological Society in Boston MA. 2006.
22. Ly J, Panizzon M, Dey S, Thall M, Pearlman C, Bloomingdale K, O'Connor M. Remote memory impairment following treatment with ECT. 34th annual meeting of the International Neuropsychological Society in Boston MA. 2006.
23. Margaret O'Connor Ph.D, Brian Lebowitz, Jenny Ly B.S, Matthew S. Panizzon M.A., Seth Elkin-Frankston B.S., Sangeeta Dey, Kerry Bloomingdale M.D., Mark Thall M.D., Chester Pearlman M.D. A Dissociation between Anterograde and Retrograde Amnesia Following Treatment with Electroconvulsive Therapy: A Naturalistic Investigation. International Neuropsychological Society Annual Meeting, Bilboa, Spain. 2007.
24. Burandt CA, Lebowitz BK, Troster AI, O'Connor MG. The role of neuropsychology in the evaluation of surgical candidates for deep brain stimulation in Parkinson's disease: A survey study. AACN 6th Anuual Conference. 2008.