# EXHIBIT 6

**Prior Testimony – Dr. Margaret O'Connor**

**Depositions**

April 13, 2006
Paul and Wendy Page v Joel Boisvert and RPS, Inc
Middlesex Community Court, Civil Action No. 00-0782

December 14, 2006
Amanda Silva Rodriguez v Sun Life Assurance Company of Canada a/k/a Sun Life Financial, a Delaware Company
US District Court of Colorado. Civil Action No. 06-CV-00512-EWN-MJW

July 17, 2008
Oded Ben Joseph v Mt. Airy Auto Transporters, LLC, Brian Rogers and Superior Auto Service, Inc. Maryland District Court, CA No. 07-1922

August 15, 2008
Wendy Patrinos v Kindred Nursing Center, Insurance Company, State of Pennsylvania. Department of Industrial Accidents Board No. 38877-04